# EXHIBIT B



# Information Security Policy

Last Revised: 4/1/2024

Z:\Documentation\Policies\Information  Security

# Table of Contents

*1 – Roles and Responsibilities* ..................................................................................*1*

    **1.1 – Board of Directors Involvement** ....................................................... **1**

    **1.2 – Chief Information Security Officer ("CISO")** .................................. **1**

    **1.3 - Information Security Team** ............................................................ **2**

    **1.4 – Network Operations Team** ............................................................ **3**

    **1.5 – IT Operations Manager** ................................................................ **4**

    **1.6 – IT Security Manager** ..................................................................... **4**

    **1.7 – Human Resources** ......................................................................... **5**

    **1.8 – Users – Employees and Contractors** ........................................... **5**

*2 – Risk Assessment* .........................................................................................*6*

*3 – Data Classification and User Security* .....................................................*7*

    **3.1 - Data Classification** ........................................................................ **7**

    **3.2 – Data Access Controls** ................................................................. **12**

    **3.3 – User Authentication** ................................................................... **14**

    **3.4 -Passwords** ................................................................................... **14**

    **3.5 User Account and Access Management** ....................................... **17**

*4 – Data Retention and Disposal* ....................................................................*19*

    **4.1 – Retention** .................................................................................. **19**

    **4.2 – Storage** ..................................................................................... **19**

    **4.3 – Disposal** .................................................................................... **20**

*5 – Firewall and Router Configuration & Security* .......................................*22*

    **5.1 – Configuration & Review** ........................................................... **22**

    **5.2 – Allowed Services & Network Connection Paths** ....................... **23**

    **5.3 – Change Management – Firewall & Router (DSS 1.1.1)** ............ **24**

*6 – System Configuration & Security* .............................................................*24*

    **6.1 – System Build and Deployment** ................................................ **24**

    **6.2 – System Updates/Patches** ......................................................... **26**

    **6.3 – Network Vulnerability Identification** ....................................... **27**

    **6.4 – Remote Administration** ............................................................ **28**

**6.5** – System Security Values .............................................................................................. 29

**6.6** – Network Time Protocol (NTPD) .................................................................................. 29

**6.7** – Logging ....................................................................................................................... 30

**6.8** – Vendor Supplied Passwords ...................................................................................... 30

**6.9** – Change Management – Systems ................................................................................. 30

**7** – *AntiVirus Protection* ..................................................................................................... *32*

**7.1** – End User Responsibilities .......................................................................................... 32

**7.2** – Configuration & Logging ........................................................................................... 32

**7.3** – Notification & Response ............................................................................................. 33

**8** – *Backup & Retention* ....................................................................................................... *34*

**8.1** – Backup and Rotation Schedule .................................................................................. 34

**8.2** – Location ...................................................................................................................... 38

**8.3** – Security and Transport ............................................................................................... 38

**8.4** – Inventory Audit .......................................................................................................... 39

**9** – *Data Encryption* ............................................................................................................. *40*

**9.1** – Encryption Key Management ..................................................................................... 40

**9.2** – Storage and Transmission ......................................................................................... 42

**10** – *Remote Access/Special Technologies* ........................................................................ *43*

**10.1** – Approval ................................................................................................................... 43

**10.2** – Remote Access & Authentication ............................................................................ 43

**10.3** – Device/User Inventory & Identification ................................................................... 44

**10.4** – Acceptable Use ........................................................................................................ 44

**10.5** – Approved Products & Locations .............................................................................. 44

**10.6** – Session Disconnect .................................................................................................. 45

**10.7** – Vendor Connections ................................................................................................. 46

**10.8** – Personal Firewalls .................................................................................................... 46

**11** – *Software Development Lifecycle* ................................................................................. *48*

**11.1** – Project Acceptance .................................................................................................. 48

**11.2** – Requirements ........................................................................................................... 49

**11.3** – Development ............................................................................................................ 50

**11.4** – Testing and Training ................................................................................................. 51

**11.5** – Implementation ....................................................................................................... 52

11.6    – Change Management – Programming.......................................................... 52

*12      - Incident Response* ........................................................................*56*

*13-      Employee and Contractor Screening* .................................................*58*

13.1    - Background Check ........................................................................ 58

*14      – Physical & Environmental Security* ...............................................*60*

14.1 – Physical Security............................................................................ 60

14.2    Equipment Security ........................................................................ 63

14.3    - Badge Control ................................................................................ 65

*15      - Information Security Awareness and Acceptable Use Policy* .............................*67*

15.1    Non-Disclosure Agreement........................................................... 68

15.2    – Security and Proprietary/Sensitive Information ..................... 68

15.3    – Prohibited System and Network Activities............................... 69

15.4    – Remote Access ............................................................................. 71

15.5  – E-mail and Communications Activities ..................................... 72

*16      - Vendor and Other Third-Party Access and Security Governance*.......................*81*

*Revision Tracking* ...............................................................................*82*

# 1 – Roles and Responsibilities

Fortegra information security policies were created to help proactively identify risks and effectively manage them. All new employees are immediately made aware of the information security policies at the time of hire and are required to renew their commitment annually. When policy updates occur, HR communicates policy changes through channels such as: e-mail, the corporate Intranet and the HR system.

All employees and contractors that use, maintain or handle Fortegra information assets must follow this policy.

## 1.1– Board of Directors Involvement

The Board of Directors, or a designated Board committee (the "Board"), is responsible for:
- Ensuring that appropriate members of senior management are accountable for overseeing the development, implementation and maintenance of this Policy;
- Approving this Policy; and
- Reviewing a report from the CISO (described below) on the overall status of the Program and material matters related to this Policy at least annually.

## 1.2– Chief Information Security Officer ("CISO")

The CISO, together with Fortegra's Information Security Team (described below), is responsible for overseeing, implementing and maintaining this Program and enforcing Fortegra's information security policy, including;
- Creating and distributing new information security policies and procedures when needs arise.
- Maintaining existing information security policies.
- Acting as a central coordinating team for implementation of the Program.
- Maintaining and distributing incident response and escalation procedures.

The CISO is authorized to delegate any part of his duties hereunder to other qualified personnel, including to third-party service providers, if deemed appropriate, provided that the CISO or another senior member of Fortegra's personnel is designated as responsible for oversight of any such third-party provider.

The CISO and all cyber security personnel shall attend regular cyber security update and training sessions and remain abreast of changing cyber security threats and countermeasures.

The CISO shall provide the Board with an annual written report on Fortegra's Program and material cybersecurity risks that considers:

- The confidentiality of Nonpublic Information and the integrity and security of Fortegra's Information Systems;
- Fortegra's information & cyber security policies and procedures;
- Material cybersecurity risks to Fortegra;
- Overall effectiveness of Fortegra's Program;
- Material Cybersecurity Events involving Fortegra during the time period addressed by the report.

## 1.3- Information Security Team

Successfully securing Fortegra information systems requires that the various departments and groups consistently adhere to a shared vision for security.  Security is a shared responsibility among each of the IT disciplines. The Information Security Team includes representation from Programming, Operations, Network Management and Security.
The Information Security Team works with departmental system managers, administrators and users to develop security policies, standards, and procedures to help protect assets of Fortegra.

The Information Security Team is dedicated to security planning, education and awareness. Specific responsibilities of the Information Security Team include:

- Create and distribute new information security policies and procedures when needs arise.
- Maintain existing information security policies.
- Act as a central coordinating department for implementation of the Information Security Policies.
- Maintain and distribute incident response and escalation procedures.
- Monitor and analyze security alerts and distributing information to appropriate information security and business unit management personnel.

2

## 1.4 – Network Operations Team

Fortegra Network Operations Team includes the Manager of Network Infrastructure, System Engineers and System Administrators. The Network Operations Team is responsible for the management and security of the network infrastructure and Windows server environment. Network Operations Team responsibilities include:

- Administer user account and authentication management throughout the computing environment.
- Monitor and control access to Fortegra data within the specified environment.
- Assure that changes to firewall security rules adhere to security policy guidelines while following all change control policies and procedures.
- Document all firewall security rules and changes
- Apply hardware and software updates from the firewall vendor(s) according to change control policies and procedures.
- Enable appropriate logging of firewall performance and events and perform active monitoring of the logs
- Provide the IT Security Team with access to logs related to the firewall's health and performance
- Provide the IT Security Team with access to security event logs
- Report network security incidents to the IT Security Team immediately upon discovery
- Coordinate an appropriate response with the IT Security Manager to mitigate security events related to traffic flowing through the firewall
- Monitor the up/down status of the interfaces
- Notify the appropriate parties in the event of a firewall failure or security event
- Assure that there is sufficient redundancy in the infrastructure configuration to maximize uptime and fail-over in case of hardware failure
- Assure that security rules applied to the firewalls are sufficient to protect Fortegra networks and corporate assets from external attacks and unauthorized access
- Assure that security rules applied to the firewalls are sufficient to prevent internal security events from leaving the Fortegra network
- Review all firewall security rule change requests for policy compliance prior to submission through the change management process
- Actively monitor firewall security events
- Conduct quarterly review of all firewall policies
- Coordinate appropriate response procedures to mitigate security events related to traffic flowing through the firewall
- Apply Fortegra information security policies and procedures as applicable to all information assets.
- Maintain an up-to-date network diagram that includes all devices in the Cardholder Data Environment. This diagram will be updated whenever network changes occur and reviewed annually to ensure currency.

3

## 1.5 – IT Operations Manager

- Manage administration of user account and authentication to the IBM i environment.
- Monitor and control all access to Fortegra data that resides on the IBM i.
- Ensure the application of hardware and software updates in accordance with the "Systems Change Management Policy (section 5.9).
- Provide the Information Security Team with access to security event logs
- Report security incidents to the IT Security Team immediately upon discovery
- Coordinate an appropriate response with the IT Security Manager to mitigate security events related to traffic flowing to the IBM i
- Monitor the up/down status of the interfaces
- Notify the appropriate parties in the event of a failure or security event
- Assure that there is sufficient redundancy in the infrastructure configuration to maximize uptime and fail-over in case of hardware failure
- Review all security related change requests for policy compliance prior to submission through the change management process
- Actively monitor security events

## 1.6 – IT Security Manager

The IT Security Manager is responsible for coordinating and overseeing Fortegra company-wide compliance with policies and procedures regarding the confidentiality, integrity, and security of its information assets.

The IT Security Manager works closely with the Network Operations Team, IT Operations Manager and other Fortegra managers and staff involved in securing the company's information assets to enforce established policies, identify areas of concern, and implement appropriate changes as needed.

Specific responsibilities of the IT Security Manager:
- Make high-level decisions pertaining to the information security policies and their content. Approve exceptions to these policies in advance on a case-by-case basis.
- Review policy annually for adequacy in light of emergent business requirements or security threats.
- Maintain a list of PCI-DSS compliant vendors with access to information from Fortegra's Cardholder Data Environment and review their compliance status annually pursuant to the Vendor Management SOP.
- Conduct an annual risk assessment of any aspects of payment card processing. This risk assessment (as defined in the PCI DSS glossary) must include systematically reviewing processes and procedures to:

4

1. Identify valuable cardholder-related resources such as systems, data or documents.
2. Identify possible threats to those resources.
3. Quantify potential for threats to those resources – such as loss, theft, misuse or exposure – by estimating likelihood or frequency of threat along with cost of occurrence.
4. Recommend process or policy changes that reduce risk based on threats.

## 1.7 – Human Resources

Due to their direct and constant relationship with existing employees, as well as their unique position of having the first and last interactions with new/terminated employees, the Human Resources Department has an important role with regards to Fortegra information security.

The following items are the ongoing responsibility of the Human Resources Department:
- Publish and disseminate Fortegra Security Awareness and Acceptable Usage Policy to all system users, including vendors, contractors, and business partners and maintain acknowledgement tracking.
- Perform background checks on potential employees who will have access to systems, networks, or data, including background, pre-employment, criminal, credit history and reference checks.
- Work with the Information Security Manager to disseminating security awareness information to system users.

## 1.8 – Users – Employees and Contractors

Each user of Fortegra computing and information resources must realize the fundamental importance of information resources and recognize his/her responsibility for the safekeeping of those resources. Users must guard against abuses that disrupt or threaten the viability of all systems.

The following are specific responsibilities of all Fortegra information systems users:
- Understand what the consequences of their actions are with regard to computing security practices and act accordingly.
- Maintain awareness of the contents of the information security policies.
- Read and sign the Fortegra Security Awareness and Acceptable Use Policy.
- Label confidential or sensitive information that is received unclassified.    Limit the distribution of this information accordingly.

# 2 – Risk Assessment

The Information Security Team conducts a periodic risk assessment (the "Risk Assessment"), at least annually, of Fortegra's Information Systems sufficient to inform the design of Fortegra's cybersecurity program. The Risk Assessment will focus on Information Systems, policies, and procedures in order to identify, categorize, prioritize and assess reasonably foreseeable internal and external cybersecurity risks to organization operations, organization assets, individual, customers, consumers, other organizations and critical infrastructure resulting from the operation of a particular information system. The Risk Assessments should incorporate threat and vulnerability analyses, and consider mitigations provided by security controls.

The Risk Assessment is updated as reasonably necessary to address changes to Fortegra's Information Systems, Nonpublic Information or business operations and allows for revision of controls to respond to technological developments and evolving threats and the particular risks of Fortegra's business operations. The adequacy of Fortegra's existing controls is reviewed as part of this process.

The Risk Assessment includes the following:
- Criteria for the evaluation and categorization of identified internal and external threats that could result in unauthorized disclosure, misuse, alteration, or destruction of data or Fortegra's information systems.
- Criteria for the assessment of the confidentiality, integrity, security and availability of Fortegra's information systems and all data residing therein, including adequacy of existing controls in the context of identified risks;
- Assessing the likelihood and potential damage of these threats, taking into consideration the sensitivity of data and Fortegra's information and systems.
- Assessing how the identified risks will be mitigated or accepted based upon the Risk Assessment and how the cybersecurity program will address those risks through policies, procedures, information systems, and other controls.
- Fortegra's Risk Assessment is performed in five phases – the Information Gathering Phase, the Risk Determination Phase, the Risk Mitigation Phase, the Reporting Phase and the Ongoing Maintenance Phase.

# 3 – Data Classification and User Security

Data classifications will be defined based on the sensitivity, criticality, and value of the information. When information of various classifications is combined, the resulting collection of data or new data must be classified at the <u>most restrictive level</u> among the sources.

All data must be classified into one of four sensitivity tiers:
- Restricted/Proprietary
- Confidential
- Sensitive
- Public

All data requires some level of protection but any data not classified as Public is considered more sensitive and correspondingly tighter controls are required.

This includes but is not limited to the following types of information:
- Credit Card Information
- Social Security Number
- Personally Identifiable Information
- Medical Information (HIPAA)
- Budgets
- Financial Statements
- Ledgers
- Tax Records
- Audit Reports
- Corporate Records
- Legal Files
- Insurance Records
- Mergers & Acquisitions
- Electronic Documents
- Payroll Documents
- Personnel Files
- Business Plans
- Licenses and Permits

All data is to be reviewed on a periodic basis and classified according to its use, sensitivity and importance in compliance with federal and/or state laws. Fortegra has pre-defined several types of sensitive data. The level of security required depends in part on the effect that unauthorized access or disclosure of those data values would have on operations, functions, image or reputation, assets, or the privacy of individual members of the organization.

## 3.1- Data Classification

All data stored on Fortegra computing resources must be assigned a classification level by the Data Owner as described below.  Data owners are responsible for determining who accesses sensitive information as well as the level of access (e.g., read, write, etc.) in accordance with business needs, applicable information security policies, and any regulatory requirements pertaining to the type of data.  In all cases, the lowest level of access should be granted that still allows business needs to be met.

## Restricted/Proprietary

Description:  Data should be classified as Restricted/Proprietary when the unauthorized disclosure, alteration or destruction of that data could cause a significant level of risk to Fortegra.

Examples of Restricted/Proprietary data include:
- o  Financial data
- o  IPO information or other highly sensitive non-public company documents
- o  Legal Files
- o  Claims information which could contain sensitive PII or PHI
- o  Strategic plans or partnership agreements
- o  Underwriting algorithms or calculation models

The highest level of security controls should be applied.

Restricted/Proprietary data is highly sensitive and may have personal privacy considerations or may be restricted by federal or state law. Additionally, the negative impact on Fortegra should this data be incorrect, improperly disclosed, or not available when needed is typically very high.

- Access:
  - o  Access to Restricted/Proprietary data must be requested from and authorized by the Data Owner who is responsible for the data. Access to Restricted/Proprietary data may be authorized to groups of persons by their job classification or responsibilities ("role-based" access) and may also be limited by one's department.
- Appropriate security levels and protection controls:
  - o  The highest level of security should be applied to this data class for both storage and transmission.  Depending on the type of information, this could include data encryption, data masking, DLP blocking to prevent transmission, or other methods to ensure the information is not disclosed to individuals without a specific "need to know" as determined by the Data Owner, applicable laws and regulations, auditing requirements, PCI-DSS, etc.
- Data retention and destruction requirements:
  - o  Unless legal or regulatory requirements state otherwise, the maximum retention period for Restricted/Proprietary data should not exceed 7 years from termination of contract or 7 years from time data is no longer required for business needs.

Data Owners must review Restricted/Proprietary data on a quarterly basis to determine the need for data purge / disposal.

Destruction methods include shredding of physical media and sanitization of electronic storage devices.  Data deletion alone is insufficient and should be accompanied by an overwriting process to render deleted data unrecoverable.  For auditing purposes, logs / reports should be produced to

8

provide evidence of proper data sanitation.

## Confidential

Description:  Data should be classified as Confidential when the unauthorized disclosure, alteration or destruction of that data could cause a significant level of risk to Fortegra.

Examples of Confidential data include:

- Customer or employee personal information
  - Personally identifiable information (PII) such as
    - DOB
    - SSN
  - Protected health information (PHI)
    - Health related claim information such as medical diagnosis, treatments or any other highly sensitive information that is protected under HIPPA.
- Bank routing/account information
- Documents that are protected under non-disclosure agreements
- Credit card information
- Employee records
  - Employee personal data
  - Payroll information
  - Performance evaluations

The highest level of security controls should be applied.

Confidential data is highly sensitive and may have personal privacy considerations or may be restricted by federal or state law. Additionally, the negative impact on Fortegra should this data be incorrect, improperly disclosed, or not available when needed is typically very high. Examples of Confidential data include: social security numbers, credit card numbers, and individuals' personal information.

- Access:

  Access to Confidential data must be requested from and authorized by the Data Owner who is responsible for the data. Access to Confidential data may be authorized to groups of persons by their job classification or responsibilities ("role-based" access) and may also be limited by one's department.
- Appropriate security levels and protection controls:

  The highest level of security should be applied to this data class for both storage and transmission.  Depending on the type of information, this could include data encryption, data masking (i.e. masked PAN), locked storage, or other methods to ensure the information is not

9

disclosed to individuals without a specific "need to know" as determined by the Data Owner, applicable laws and regulations, auditing requirements, PCI-DSS, etc.

- Data retention and destruction requirements:

Unless legal or regulatory requirements state otherwise, the maximum retention period for Confidential data should not exceed 7 years from termination of contract or 7 years from time data is no longer required for business needs.

Data Owners must review Confidential data on a quarterly basis to determine the need for data purge / disposal.

Destruction methods include shredding of physical media and sanitization of electronic storage devices. Data deletion alone is insufficient and should be accompanied by an overwriting process to render deleted data unrecoverable. For auditing purposes, logs / reports should be produced to provide evidence of proper data sanitation.

## Sensitive

Description: Data should be classified as Sensitive when the unauthorized disclosure, alteration or destruction of that data could result in a moderate level of risk to Fortegra. A reasonable level of security controls should be applied to internal data.

Sensitive data is moderately sensitive in nature. Often, Sensitive data is used for making decisions. Therefore, it's important this information remain timely and accurate. The risk of a negative impact on Fortegra, should this information not be available when needed, is typically moderate.

Examples of Sensitive data include:
- Customer name, address, phone number, email address, account numbers
- Tax Records
- Disaster recovery plans
- Loss history data
- Internal audit reports

- Access:

  Access to Sensitive data must be requested from and authorized by the Data Owner  who is responsible for the data. Access to Sensitive data may be authorized to groups of persons by their job classification or responsibilities ("role-based" access) and may also be limited by one's department.

- Appropriate security levels and protection controls:

  A moderate level of security should be applied to this data class for both storage and transmission.  In addition to the standard data security controls in place at Fortegra, additional care should be taken to store documentation classified as Sensitive from plain sight.  This includes adhering to the clean desk policy, not leaving printed materials unattended on printers or retained in unsecured printer folders, and sending Sensitive information in unencrypted email or in unencrypted email attachments.

- Data retention and destruction requirements:

  Unless legal or regulatory requirements state otherwise, the maximum retention period for Sensitive data should not exceed 7 years from termination of contract or 7 years from time data is no longer required for business needs.

  Data Owners should review Sensitive data on an annual basis to determine the need for data purge / disposal.

  Destruction methods include shredding of physical media and deletion of electronic storage devices.

## Public

Description:  Data should be classified as Public when the unauthorized disclosure, alteration or destruction of that data would result in little to no risk to Fortegra. While little to no controls are required to protect the confidentiality of Public data, some level of control is required to prevent unauthorized modification or destruction of Public data.

The impact should Public data not be available is typically low, (inconvenient but not debilitating).

- Access:

  Public data is not considered sensitive. Therefore, it may be granted to any requester and may be published without restriction. The integrity of Public data should be protected. The appropriate Data Owner must authorize replication or copying of the data in order to ensure it remains accurate over time.

- Appropriate security levels and protection controls:

  Public data should be protected with as much diligence as any other corporate asset. Plan Owners may choose to restrict the distribution of Public information to certain individuals, job functions, or business units with a need to know.  But general disclosure of the information would not present a significant risk to the company.

- Data retention and destruction requirements:

  Data should be disposed of when no longer current or when no longer required for business purposes as determined by the Data Owner.  The disposal method used is the discretion of the Data Owner.

## 3.2 – Data Access Controls

### 3.2.1 Employee Authorization

All data must be protected via access controls to ensure that it is not improperly disclosed, modified, deleted, or rendered unavailable. The access controls must track all access to such data, identifying who accessed it and when it was accessed.

Employees who have been authorized to access the system will only be permitted to access information at the lowest level necessary to perform their job functions.

Each user's access privileges shall be authorized according to business need. User access authority to computer resources shall be provided only when necessary to perform tasks related to Fortegra business as outlined in the individual's written job description.

Access to all Fortegra systems or applications must be approved and a request submitted by a Manager or above.  Management authority can be verified by the HR department or by referencing the organizational chart available in the HR system. Access requests for new hires and termination of existing employee accounts must be submitted and tracked through the Change of Status Form and Online Help Desk. Access requests for existing employees, including those in all Fortegra divisions including adding/removing permissions to systems, applications and network resources must be submitted to the help desk by an authorized requestor once approved by the employee's manager.

### 3.2.2 – Data Segregation - IBMi

Client data is managed separately using library management within the system.  Other clients are restricted access using a variety of security methods.  Each client's data is stored in a library structure that is logically separate from each other. Access to data is controlled using user, menu, application and object level security which is all part of the OS.

### 3.2.3 – Display of Credit Card Data

All Fortegra applications dealing with the processing or retrieval of cardholder information  must be configured in a manner which masks or truncates displayed credit card number if possible. If the application is designed for a specific purpose in which the full credit card  number must be displayed, approval must be given by the IT Department. In all cases, display of full or masked card numbers must be limited to the fewest number of users possible.

### 3.2.4 – Cardholder Data Environment

All Fortegra Cardholder Data Environments (CDE) are to be separated from the DMZ and less secure or untrusted networks by a firewall.

### 3.2.4 b – CDE Logging

Automated audit trails must be implemented for all system components to reconstruct the following events:

- All individual accesses to cardholder data
- All actions taken by any individual with root or administrative privileges
- Access to all audit trails
- Invalid logical access attempts
- Use of identification and authentication mechanisms
- Creation and deletion of system-level objects

At a minimum, the following audit trail entries for all system components for each event must be recorded:

- User identification
- Type of event
- Date and time stamp
- Success or failure indication
- Origination of event
- Identity or name of affected data, system component, or resource

### 3.2.5 –Transmission of Credit Card Data or Personally Identifiable Information Via E-mail

At no time should any personally identifiable information or credit card information be sent via unencrypted e-mail.  If e-mail encryption is unavailable, the confidential/sensitive data must be transmitted using a secure method such as SFTP, FTPS or HTTPS.

### 3.2.6 – Non-Public Data

Physical copies of Non-Public data should not be left unsecured in any location including on desks, on the copier/printer or in the printer mailbox.  Any associate who needs to print such documents must have a pin assigned to their mailbox(es) to ensure the security of the information.  Additionally, it is the responsibility of the associate once they are finished

with the documents to secure them or if they are to be destroyed, deliver them to the secure disposal container located in each print room.

Electronic copies of Non-Public data should remain inside the system that provides adequate security or encryption (if Credit Card data). Transferring these classifications of data to another system that does not meet the security requirements is prohibited without advance approval from the IT department.

## 3.3 – User Authentication

The use of non-authenticated (i.e., no password) User-IDs or IDs not associated with a user is prohibited. Shared or group user IDs are never permitted for user-level access. Every user must have a single unique user ID and a personal secret password for access to Fortegra multi- user computers and computer networks.

Systems and applications must authenticate using a password or token entry. All users must acknowledge understanding of all Fortegra information security policies by reading and signing the Security Awareness and Acceptable Use Policy prior to being issued a system or network account.

Multi-factor authentication(MFA) must be used to gain access to Fortegra workstations. The secondary authentication is obtained via a company approved authentication app, calling the cell phone, or SMS to the user.

## 3.4   -Passwords

The purpose of this policy is to establish a standard for creation of passwords, the protection of those passwords, and the frequency of change.

The scope of this policy includes all personnel who have or are responsible for an account (or any form of access that supports or requires a password) on any system that resides at any Fortegra facility, has access to the Fortegra network, or stores any non-public Fortegra information.

First-time passwords are set to unique values per user. Passwords must be changed immediately upon the user's initial login.

### 3.4.1  Password Requirements

<u>IBM i Systems</u>
- Must be at least 15 characters in length, max 30
- Must consist of both numeric and alphabetic characters
- Cannot be the same as the 8 previously used passwords
- Repeating characters allowed
- Lock out accounts after not more than 5 invalid logon attempts
- Once a user account is locked out, it remains locked until the System Administrator resets the account
- Passwords are blocked from being changed for 24 hours following the prior successful password change operation
- Must expire and be changed every 90 days for all employees and contractors.

The requirements above are for authenticating both internal users as well as customers.

<u>Windows Environment</u>
- Passwords must be a minimum of 8 characters
- Must consist of both numeric and alphabetic characters
- Must consist of both upper and lowercase
- Minimum password age is 5 days
- Cannot be the same as the 6 previously used passwords.
- Account lockout after 5 invalid attempts
- Must expire and be changed at least every 90 Days.
- Auto lock with occur after 15 minutes of inactivity.
- User accounts that have system-level privileges granted through group memberships must have a unique password from all other accounts held by that user.
- Once a user account is locked out, it remains locked until the System Administrator resets the account.

Where SNMP is used, the community strings must be defined as something other than the standard defaults of "public," "private" and "system" and must be different from the passwords used to log in interactively. A keyed hash must be used where available (e.g., SNMPv2).

15

<u>Administrative Passwords</u>
- All system-level passwords (e.g., root, enable, administrator, application administration accounts, etc.) must be changed on at least a quarterly basis. Pass phrases must be used for such accounts.
- Passwords must be a minimum of 8 characters
- Require complex passwords, consisting of two of the following requirements:
- 1 capital letter
- 1 numeric character
- 1 special character

<u>Device Passwords</u>
- Passwords must be a minimum of 8 characters
- Require complex passwords, consisting of two of the following requirements:
- 1 capital letter
- 1 numeric character
- 1 special character
- All local administrative account passwords (e.g. setup) must be changed on at least on quarterly basis.
- Passwords must be a minimum of 8 characters
- Require complex passwords, consisting of two of the following requirements:
- 1 capital letter
- 1 numeric character
- 1 special character

<u>3.4.2 Password Resets</u>
When a password had become disabled the end user should request a password reset. The password request/reset will require:
- Help Desk or Operations technician should be able to identify the requestor. If the request receiver is unable to identify the requestor they will contact the requestor's immediate supervisor for collaboration.
- All requests will be logged in the Help Desk Tracking software as a historical record.
- All passwords will be reset to a unique value per user and will be set to expire upon initial sign on. User will be required to change password the first successful sign on.

<u>3.4.3 Password Distribution</u>
Passwords are to be distributed in a secure fashion.  When possible, passwords will be provided verbally directly to the individual to whom they are assigned.  Passwords must not be inserted into e-mail messages or other forms of electronic communication.

16

### 3.4.4 Password Protection

Encryption
Windows password is encrypted with an advanced algorithm called MD4 and then stored in a binary format making it unreadable.

IBM i password is stored using one-way encryption in an object which is only accessible by the IBM I operating system.

User passwords of any type must never be written down or stored in unencrypted files (i.e. in a spreadsheet).  Users must store the passwords in a company provided password management program. The encrypted data file for these programs must be stored in the user's home directory to ensure that it is backed up on a nightly basis.

## 3.5    User Account and Access Management

### 3.5.1 - New Accounts

Employees
The IT Department shall provide access authorization according to approved access requests. Each request for access must be submitted via the "Change of Status" form and tracked in the Fortegra Help Desk.

Only requests submitted by authorized requestors (supervisors, managers, human resources) will be completed.  Requests for new accounts will be completed within 5 business days of receipt of request.  Account creation requests must specify access either explicitly or via a "role" that has been mapped to the required access.  New accounts created by mirroring existing user accounts must be audited against the explicit request or roles for appropriate access rights.

Contract Labor
Contractor accounts must follow the same process as full time employees.

### 3.5.2 Emergency IDs
An Emergency ID will be established when access is needed to diagnose and/or correct a problem. The requestor must inform the IT Department upon completion of the work so that the ID can be disabled.

The IT Department will ensure that the Emergency ID request is formally submitted as soon as practical (the submission of this request should NOT delay providing access). The request to create the Emergency ID must follow the same process as regular ID's.

### 3.5.3 – User Access/Authority Changes

The IT Operations Department shall provide access and authority changes according to approved access requests. User access/authority changes must be submitted and tracked via the Help Desk. Only requests submitted by authorized requestors will be completed.

### 3.5.4 - Account Terminations

Access will be denied immediately upon notification that access is no longer required. The Human Resources Department is responsible for submitting the proper Change of Status form to immediately remove all access for terminated employees and suspend access for users who are on leave-of-absence or extended disability.

User IDs will be disabled after ninety (90) days of inactivity. After an additional two-hundred and seventy-five (275) days, inactive user IDs will be purged. These requirements may not apply to certain specialized accounts (e.g., NT Admin, root) or user accounts of individuals where it has been deemed necessary to extend their active account beyond the 90 day period. In those instances, the Network Administrator must seek approval for an exception.

### 3.5.5 – Audits and Logging

The IT Department will perform a bi-annual audit of computer resource authorizations to confirm that access privileges are appropriate. The audit will consist of validating access rights for sample user populations.

System must be configured to record logon successes and failures. This log must be archived for a minimum of one year.

### 3.5.6 Administrative Accounts

With necessary review and approval, the IT Operations Department will maintain a local account on computers with the privileges necessary to perform administrative functions on Fortegra devices which are not connected to the network. Only privileged members of the IT Operations group will have access to these accounts. These accounts will be disabled by default. If a member of the IT Operations Department requires elevated privileges to carry out their job function, an account separate from their "Domain User" account will need to be created. Administrative accounts should only be used when elevated privilege is required to carry out the requested task, function or job responsibility. Privilege credentials will be stored in the company selected PIM solution and passwords rotated no less than every 7 days.

# 4 – Data Retention and Disposal

All data stored on Fortegra networks and systems must follow this policy.

## 4.1 – Retention

### 4.1.1 – Sensitive and Confidential Data
All sensitive and confidential data, regardless of media or storage location, will be retained only as long as required for legal, regulatory, and business requirements.  Data retention period will be specified in each client's Administrative Service Agreement.

Cardholder data utilized for recurring transactions will be retained for the lifetime of the merchant's account with Fortegra.  Once a merchant account is disabled or terminated, all of the cardholder data for that merchant is to be purged after 7 years of the termination date using an approved destruction method.

The IT Security Manager will survey business and technical leaders on a quarterly basis to determine if a purge of cardholder data is imminent based on policy criteria.  Once it has been determined that a purge will be required within the following 6 month period, the IT Security Manager will facilitate the formation of a project team to assess the requirements and develop a plan to complete the data purge using industry accepted secure disposal methods.  The PCI Qualified Security Assessor engaged at that time will be consulted to ensure best practices are adhered to throughout the data purge/disposal process.

### 4.1.2 – Logs
All system and network audit logs must be retained for one year, with 90 days kept available for on-line use.

### 4.1.3 – Electronic Communications

As of 2/1/09, all electronic communication will be archived in a read-only format for a period of 5 years.

## 4.2 – Storage

### 4.2.1 Hardcopy Media
Hard copy material containing sensitive or confidential information (i.e.: paper receipts, paper reports, faxes, etc.) is subject to the following storage guidelines:

- At no time are printed reports containing sensitive information to be removed from any Fortegra secure office environment
- At no time is printed material containing sensitive information to be removed from any

Fortegra data center or computer room without prior authorization from the IT Department

- Printed reports containing consumer sensitive data are to be physically retained, stored or archived only within secure Fortegra office environments, and only for the minimum time deemed necessary for their use.
- All hardcopy material containing confidential or sensitive information should be clearly labeled as such
- All sensitive hardcopy media must be stored securely in a safe or Information Security Department approved locking file cabinet
- Sensitive hardcopy material is never to be stored in employee desks or open workspaces

### 4.2.2 Electronic Media

Electronic media containing sensitive or confidential information (i.e.: CD, DVD, , hard disk, tape, etc.) is subject to the following storage guidelines:

- Confidential and sensitive information should never be copied onto removable media without authorization from the IT Department.
- At no time is electronic media containing sensitive information to be removed from any Fortegra secure office environment, with the exception of computer system backups
- At no time is electronic media containing sensitive information to be removed from any Fortegra data center or computer room without prior authorization from the IT Department
- Electronic media containing consumer sensitive data are to be physically retained, stored or archived only within secure Fortegra office environments, or offsite at an Iron Mountain facility, and only for the time designated in the Fortegra backup and retention policy.
- All electronic media containing confidential or sensitive information should be clearly labeled as such.
- All removable, sensitive electronic media must be stored securely in a locked cabinet or badge access controlled environment.

## 4.3 – Disposal

### 4.3.1 Disposal Requirements

Hardcopy Media

All hardcopy shred bins must remain locked at all times (until shredding). Employees should make every effort to immediately cross-cut shred any printed material containing confidential information.

20

Electronic Media

All electronic data, when no longer needed for legal, regulatory or business reasons, must be removed from Fortegra systems by using approved methods documented in this policy. This requirement includes all data stored in system and all temporary files, as well as storage media.

4.3.2 Disposal Process

Data stored in files and directories, where the containing media will be re-used, must be deleted securely by a "wiping" utility approved by the Information Security Department.

Media containing confidential or sensitive data that should no longer be retained must be disposed of in a secure and safe manner as noted below:

- Hard Disk Drive: Shred
- Solid State Drive(SSD):  Shred
- Floppy & Optical disks (CDs and DVDs): shred
- Tape media: Shred
- Paper: Cross Shred

Before computer or communications equipment can be sent to a vendor for trade-in, servicing or disposal, all confidential or sensitive information must be destroyed or concealed according to the approved methods in this policy.

Removable computer storage media such as floppy or optical disks, or magnetic tapes may not be donated to charity or otherwise recycled.

Outsourced destruction of media containing confidential or sensitive information must use a bonded disposal vendor that provides a "Certificate of Destruction".

Fortegra has a contract with Iron Mountain to perform secure destruction.  This process includes on-site secure container pickup followed by shredding at a secure Iron Mountain location.  Iron Mountain provides a certificate of destruction.  This process is audited during contract review.

# 5 – Firewall and Router Configuration & Security

All firewalls and routers on Fortegra networks, whether managed by employees or by third parties, must follow this policy. Departures from this policy will be permitted only if approved in advance and in writing by the Chief Information Officer.

A firewall must be placed at each Internet connection and between any DMZ and the internal network zone.

Management of all firewalls and routers shall be a combined effort of the Network Operations Manager and Network Administrator.

## 5.1– Configuration & Review

### 5.1.1– Configuration Standards

Prior to deployment into the production environment, every router or firewall must meet the following configuration standards:

- Administrative access to firewalls is restricted to authorized network and system administrators;

- All default passwords must be changed immediately as part of the initial startup of the firewall.

- Only One local emergency administrative account is permitted.

- The enable password on the router must be kept in a secure encrypted form. The router must have the enable password set to the current production router password from the router's support organization.

- Disallow the following:
  - IP directed broadcasts
  - Source IP address matching internally allocated or Fortegra owned address space
  - Incoming packets at the router sourced with invalid addresses such as RFC1918
  - Destination IP address matching RFC 1918 address space
  - Web Services on DMZ & internet facing devices
  - TCP small services
  - UDP small services
  - All source routing
- All open ports must be documented with a valid business reason for such a state.
- Outbound traffic from internal production systems is blocked by default. Additionally, this traffic is restricted to only required protocols and services.
- Inbound connections to internal production systems and originating from wireless

22

networks are not permitted.

- The default ruleset settings on any firewall for inbound traffic, i.e., traffic destined for protected system(s), must specifically deny all traffic. This rule must be the last rule in the inbound direction;
- All other changes to the ruleset configurations which allow access to protected systems must be configured using explicit permit statements;
- Permit statements must be specific and grant access to specific services or ports;
- Ruleset expiry dates, where known and supported by the firewall operating system, must be utilized. Each individual rule must utilize date of expiry if an identified date of expiry is known.
- All changes to firewall rulesets must be submitted as a change request;
- After the changes have been implemented, all ruleset changes must be verified by the requestor as operational (i.e., working as intended). This confirmation must be documented by the requestor in the change request;
- Use corporate standardized SNMP community strings.
- Operating system or firmware software must be updated per vendor recommendations.
- Device configuration must be hardened according to vendor specification.
- Each router must have the following statement posted in clear view:

  "UNAUTHORIZED ACCESS TO THIS NETWORK DEVICE IS PROHIBITED. You must have explicit permission to access or configure this device. All activities performed on this device may be logged, and violations of this policy may result in disciplinary action, and may be reported to law enforcement. There is no right to privacy on this device."

5.1.2 – Review Schedule

At least every 6 months, the Network Administrator must thoroughly review each firewall and router rule set.  The review must include the removal, when merited, of unused, or unnecessary access paths.

## 5.2 – Allowed Services & Network Connection Paths

Every connectivity path and service that is not specifically permitted by this policy, with supporting documents issued by the IT Department, must be blocked by a firewall.  The list of currently approved paths and services, with justifications, is listed in "Permitted Network Services and Protocols".  By default, all communications not explicitly allowed in the firewall configuration must be blocked by a "Deny All" rule.

All Internet-based inbound traffic is only permitted to the demilitarized zone (DMZ) network. In all cases, this traffic will be limited to HTTP and HTTPS where possible.  Perimeter routers will not be configured with a route to internal address space, with the exception of the DMZ.

23

### 5.3– Change Management – Firewall & Router (DSS 1.1.1)

Because firewalls and routers support critical Fortegra information systems activities, they are considered to be production systems.

Any firewall or router changes must follow the "Systems Change Management Policy" (section 5.9) including testing. These changes include, but are not limited to:

- Rule additions, deletions, and modifications
- Software or system modifications
- Software or system upgrades, patches, or hot-fixes

# 6 – System Configuration & Security

All servers and network devices on Fortegra networks, whether managed by employees or by third parties, must be built and deployed in accordance with this policy.

### 6.1 – System Build and Deployment

#### 6.1.1 System Purpose

All computing systems will be designated for a single primary purpose where possible (e.g., web servers, database servers, and DNS should be implemented on separate servers).

#### 6.1.2 Configuration/Hardening Standards

Prior to deployment into the production environment, all systems must conform to the appropriate System Configuration Standards. A valid business justification must exist for all deviations from Fortegra published configuration standards. Any such deviations require written approval by the IT Department.

#### 6.1.2 b – Servers and Workstations

#### Windows Systems

Every Windows server must meet the following configuration standards:

- All systems must be updated with the latest Microsoft updates
- 3rd party applications must be installed and hardened per vendor instructions.
- All unnecessary services must be disabled.  Required services beyond those previously documented for other production systems must be documented and

24

evaluated for compliance.
- The system must be hardened according to documented procedures defined by CIS Standards.
- All Guest accounts must be disabled.
- Administrator Accounts must be disabled or renamed.
- All services not needed for function of the device must be disabled.
- All patches and service packs must be installed and automatic updates must be enabled if available.
- You must remove "Everyone/Full Control" from all network shares.
- Install company approved MFA application.
- Install all 3rd party security applications per the standards document.

IBM i Systems
- All IBM I systems must be updated with the latest cumulative PTF package.  Installation of PTF must be performed per IBM Licensed Program Product Install Guide.
- 3rd party applications must be installed and hardened per vendor instructions.
- All unnecessary services must be disabled.
- Required services beyond those previously documented for other production systems must be documented and evaluated for compliance.
- All users must be identified, profiles must be created, and security and access lists must be created to support the business need. Strong authentication must be implemented on all new systems.
- All systems must be introduced into the Fortegra network in accordance with established security standards and policy.
- The system must be hardened according to documented procedures located in the IBM Redbook.

All computer resources capable of displaying a custom sign-on or similar message must display the following message as part of the login process:

*Unauthorized use is prohibited by law*

*and subject to criminal prosecution.*

6.1.2 c – Standard Software

- Refer to the Windows or IBMi standards document for a list of all mandatory software to be installed when setting up a new system.

6.1.2 d – USB Port Access

All Workstations must have their USB ports disabled via network access control unless an approved exception has been made.

25

## 6.2 – System Updates/Patches

As part of the Security Patch Management Program's (SPMP) Fortegra must:

- Designate a Security Patch Management Program employee, complete with his/her roles and responsibilities.
- Subscribe to industry-leading security sources, additional supporting resources for vulnerability announcements and other security patch management alerts and issues
- Create and maintain procedures for establishing priorities regarding Security Patch Management. This will include, but is not limited to (1) the significance of the threat, (2) the existence and overall threat of the exploitation and (3) the risks involved in applying Security Patch Management procedures (its effect on other systems, resources available and resource constraints).
- Create and maintain a database or log of remediation activities that need to be applied and those that have been applied.
- Develop and maintain test procedures for testing patches regarding remediation when possible.
- Develop and maintain procedures for the deployment, distribution and implementation of patches and other related security-hardening procedures.
- Develop and maintain procedures for verifying successful implementation of patches and other related security-hardening procedures.

Fortegra must conduct patch management activities in accordance with the Patch Management Standard.

### 6.2.1 – Windows Servers

#### Operating System Upgrades

Upgrades to Windows OS versions must be applied as deemed necessary and appropriate by the Network Administrator and Network Operations Manager.

All OS upgrades must be conducted according to the "Systems Change Management Policy" (section 6.9).

#### Security Patches, Services Packs, Hot Fixes

Patches, service packs and hot fixes must be applied and tracked according to the "Systems Change Management Policy" (section 5.9).

Tested updates are completed in our lower environment one week before the production environment release. When approved, the scheduled production environment release occurs on the 3rd Sunday of the month.

<u>6.2.2 – IBM i Servers</u>

<u>Operating System Upgrades</u>
Operating system upgrades will be performed on an annual basis based on the current IBM release and the maturity of release.

<u>Program Temporary Fixes (PTFs)</u>
Program Temporary Fix packs and HIPER fixes will be applied according to the following guidelines as recommended by IBM.

Quarterly (or whenever environment changes), apply:
Cumulative Fix Packages, the DB2/400 Group Fixes, and the HIPER Fixes.

The Systems Operations Department will review the list of HIPER Group Fixes monthly and apply any fixes that are relevant to system.

PTF's must be applied and tracked according to the "Systems Change Management Policy" (section 5.9).

## 6.3 – Network Vulnerability Identification

<u>6.3.1 Network Vulnerability Identification</u>

Members of the IT Department must be informed of information security issues and vulnerabilities applicable to Fortegra computing systems.  When security issues are identified, the IT Department is responsible for notifying appropriate personnel, including system and network administrators.

The primary method for identifying new threats as they arise will be through vendor and security specific Internet mailing lists. Although not complete, the following lists are subscribed to as well as other vendor lists applicable to Fortegra specific software packages and systems:

CISA.gov
SANS

System Configuration Standards must be updated to reflect measures required for protection from any newly discovered vulnerability.

<u>6.3.2 Scanning and Audit</u>

In addition to the above informational alerts, the IT Department is responsible for conducting internal and external network vulnerability scans at least quarterly, and after any significant change in the network (e.g., new system component installations, changes in network topology,

firewall rule modifications, product upgrades).  Rapid7 (Nexpose) is used for the internal vulnerability scanning and remediation.  This process includes using a wireless analyzer to identify any unauthorized access points.

Additional external vulnerability scans will be performed monthly by A-lign Security and Compliance Services using ControlScan as the Approved Scanning Vendor (ASV).  Penetration tests will be completed by A-lign annually, or after any significant change in the network.  All potential vulnerabilities identified through vulnerability scans and penetration exercises will be communicated to appropriate personnel within Fortegra for applicability and remediation. All high-level vulnerabilities must be corrected, subject to the change control policy for the affected environment.  Follow up scans will be initiated to confirm compliance with Fortegra security standards.

An additional annual risk assessment process that identifies threats, vulnerabilities, and results in a formal risk assessment must be conducted to ensure Fortegra assets are adequately protected.

Fortegra IT Department will establish a formal process for ongoing remediation or mitigation of technical vulnerabilities using the findings identified from vulnerability scanning, penetration testing, incident response, and risk assessment activities.

6.3.3 Intrusion Detection

Intrusion detection and prevention services are contracted through Flexential which utilizes BAE/SilverSky IPS/IDPS with the latest defenses against stealthy, malicious and suspicious network activity.

BAE/SilverSky monitored IPS/IDPS provides alerts of any attempt to access Fortegra's network by unauthorized third parties. Fortegra's network is monitored 24X7 by BAE/SilverSky managed services team.  Notification of any security issues will be immediately reported to Fortegra Network Administrators and Security Team.

## 6.4 – Remote Administration

All remote access to Fortegra production network systems must meet the following criteria:
- All connections to Fortegra network systems from outside the facility must utilize a VPN connection with multi-factor authentication.
- All VPN traffic must be encrypted
- Configuration to routers, switches, firewalls, and any other multi-homed device with public facing interfaces, must be administered using an internal interface.
- All administrative controls on public facing interfaces must be disabled.

28

## 6.5 – System Security Values

To maintain a secure and stable operating system Fortegra utilizes "System Values" as part of our total systems security program.  System values are an integrated part of the IBM i operating system and provide many options in various areas of security.

Access to change these values is secured by the following special authorities: *ALLOBJ, *SECADM, *AUDIT, *IOSYSCFG  and *JOBCTL .  IT personnel are notified of changes by e-mails from Enforcive security software.

## 6.6 – Network Time Protocol (NTPD)

With the exception of the NTPD server, all Fortegra systems must be configured to use the internal NTPD server to maintain time synchronization with other systems in the environment.  Client systems will retrieve their time settings from the Domain Controllers.

### 6.6.a – Configuration Standards

Fortegra uses the internal NTPD server for time synchronization among network devices.  The NTPD is a hardened virtual appliance with no configuration required and based on the hardening, none possible outside of the limited configuration provided in the network  setup interface.

All network devices including routers, switches and the primary domain controller should be configured to synchronize their time with the NTPD.  The remaining domain controllers should be configured to synchronize with the primary domain controller and the workstations in the domain will be configured to get their time from the domain controllers.  This provides a single source of time for all devices.

The NTPD uses a Stratum 2 time source which is authorized for use. No devices should use any other time source.  The time source should be checked on a quarterly basis to ensure its accuracy and to validate that it is functioning properly.

The required tolerance for accuracy is = < 100 ms.

### 6.6.b – IBM i Environment

The development and production IBM i server are configured to request time updates from the NTPD server.

### 6.6.c – Windows Environment

Fortegra's primary domain controller is configured to request time updates from the NTPD server.  By default, Active Directory requires servers and workstations on Fortegra's network to retrieve time settings from the domain controllers.

## 6.7 – Logging

System and firewall logs must be reviewed by the System Administrator daily.
Fortegra utilizes SIEM to compile daily reports of log activity.

Application logs must be aggregated to a central repository and reviewed by the relevant departments for application specific errors.

- Audit logs must be securely maintained for at least one year.
- All servers and network devices such as firewalls must log failed logins to a central repository such as Splunk.  This includes any databases managed by Fortegra.
- All systems that handle confidential information, accept network connections, or make access control (authentication and authorization) decisions shall record and retain audit-logging information sufficient to answer the following questions:
  - What activity was performed?
  - Who or what performed the activity, including where or on what system the activity was performed from (subject)?
  - What the activity was performed on (object)?
  - When was the activity performed?
  - What tool(s) was the activity performed with?
  - What was the status (such as success vs. failure), outcome, or result of the activity?

## 6.8– Vendor Supplied Passwords

All administrative accounts must be modified in the following ways:
- Rename account to something other than vendor default
- Change default password to meet Fortegra password complexity requirements.

## 6.9 – Change Management – Systems

### 6.9.1 – Tracking

Fortegra IT department uses a cloud based service desk as a central input and tracking facility for all network and systems changes.  All changes to the production network, systems or applications will be logged into this platform.

### 6.9.2 – Requirements

All change tracking forms must contain the following information:

1. Classification Level – One of the following classifications must be specified for any change:

30

<u>Minor</u> – A routine re-boot or minor change that does not pose the risk of impacting server performance, availability or security.  This includes routine security patches or software updates as recommended by the manufacturer.

<u>Significant</u> – Any change or upgrade to hardware or software that may potentially result in extended downtime or security exposure.

2. Server/Devices Affected – List the specific servers and devices the change is being performed on.

3. Test Plan – Outline the plan to test the effects of the change. (This will be N/A if the change is a server re-boot.)

4.  Back out Procedures – Outline the plan to revert the environment to its original configuration if the change does not go as intended. (This will be N/A if the change is a server re-boot.)

<u>6.9.3 – Approval</u>

Changes classified as "Significant" require approval by the Network Operations Manager for Windows Servers/Network Devices, or the Systems Operations Manager for IBM i production/development servers, unless they are the initiator/implementer of the change.  In these cases, the change requires the approval of the VP of IT or CISO. Changes classified as "Minor" are done at the discretion of the party responsible for the change.

<u>6.9.4 – Testing</u>

Prior to introduction into the production environment, all changes must first be tested in a comparable, isolated testing environment. The documented test plan must be followed to ensure no adverse effects on the network, systems or applications. If change testing produces adverse results, the backout plan should be implemented and the results noted on the form. Upon successful completion of testing, the change may be applied to the production environment and the test repeated.

<u>6.9.5 – Implementation</u>

The change will be implemented at a time that will have the least impact on productivity and the end user community.  The documented test plan will be followed again to ensure no adverse effects the network, systems or applications.  Any discrepancies between expected results and actual results will result in the immediate invocation of the documented back out procedures.

# 7 – AntiVirus Protection

The purpose of this policy is to describe the responsibilities of individuals, departments and IT in protecting Fortegra computer systems against viruses and malware.

## 7.1 – End User Responsibilities

Users must not attempt to circumvent the virus protection system by either disabling virus protection or making changes to antivirus software configurations.  Any issues with the installed virus protection must be reported immediately using the help desk system to mitigate risk to network systems.

### 7.1.1 – Enforcement

Any employee found to have violated this policy may be subject to disciplinary action, up to and including termination of employment.

## 7.2 – Configuration & Logging

### 7.2.1 Configuration

Fortegra maintains licensing for both an AI/ML based endpoint protection, detection and response client complemented by a definition based solution. Both virus protection programs are automatically installed on company issued computers, laptops, and servers acquired through IT department for business use.  The IT department is responsible for installation and configuration of provided virus protection software.

The IT department maintains updated virus definitions and software updates.  All antivirus parent servers will check for definition updates and distribute to managed clients on a daily basis. It may be necessary to push emergency updates more frequently based upon threat status.

Scheduled daily and real time virus scans will occur on all Fortegra servers and workstations. Real time virus scans will occur on the SAN.  All infections will be either quarantined or deleted.

The software is configured to scan for viruses in real-time and end users are not able to configure or disable the software.

### 7.2.2 Logging

Virus activity will be logged.  It is the responsibility of the IT department to respond to virus notifications and address any virus infections.  Antivirus Logs will be retained for at least one year, with a minimum of three months immediately available for analysis.

## 7.3 – Notification & Response

Anti-virus software alerts the Network Administrators and Security Team in real-time to the detection of a threat.  The IT department will determine what steps to take based on the Security Incident Response Plan(SIRP) and Incident Response Playbook.

# 8 – Backup & Retention

Data is one of Fortegra most important assets.  To protect this asset from loss or destruction, it is imperative that it be safely and securely captured, copied, and stored. The goal of this document is to outline a policy that governs how and when data residing on company servers will be backed up and stored for the purpose of providing restoration capability.

This policy does not refer to backing up of data that resides on individual PC or laptop hard drives. Responsibility for backing up data on local desktop systems or laptops rests solely with the individual user.  It is strongly encouraged that end users save their data to the appropriate server in order that their data is backed up regularly.

All system and application backups, whether performed by employees or by third parties, must follow this policy.

## 8.1 – Backup and Rotation Schedule

### 8.1.1 – IBM i Environment

What Is Backed Up
Servers and the files and/or data types on these servers that are covered by this policy include:
- LOTS "LOTS Production Server" (Local Partition Three)
- DATAWHSE "LOTS Data Warehouse" (Local Partition Four)
- DEV "LOTS Development and Testing " (Local Partition One)
- LOTSSVR "LOTS Web Server" (Local Partition Two)
- JAXFSMGR "FS Manager Jax"
- NASHFSMG "FS Manager NASH"

It is the responsibility of server administrators to ensure that all new IBM i servers be added to this policy, and that this policy be applied to each new server's maintenance routine. Prior to deploying a new server, a full backup must be performed and the ability to perform a full restoration from that backup confirmed. Prior to retiring a server, a full backup must be performed and placed in permanent storage.

Backup Schedule
Backups are conducted automatically.  Backup, Recovery and Media Services for IBM i(BRMS) implements a disciplined approach to managing backups and provides an orderly way to retrieve lost or damaged data.

The servers listed above must be backed up according to the following procedure. This method ensures that no more than one day's working data will be missing in the event of a data loss incident:

- All backup tapes are to be labeled using the following labeling conventions:
  - Any tape containing data will be labeled with "Confidential" and the BRMS tape and group identifier.
- All backup tapes stored on site are to be stored in access-controlled computer room in closed tape cabinet.
- All backup tapes stored off site are to be stored at Iron Mountain storage facility. Tapes will be transferred in locked containers after they have been retrieved by an Iron Mountain representative.

All backups will execute during the schedules designated below. With the exception of the FSMGR servers, all partitions will backup using IBM "flash" technology which has no interruption to end users.

LOTS "LOTS Production Server"
- Daily Backup
- EOM Pre Backup (Friday before EOM processing)
- EOM Post Backup (Sunday following EOM processing)
- Full System Backup (Quarterly)
- Work files Backup (Periodic/As required)
- DATAWHSE "LOTS Data Warehouse"
- Daily Backup
- Full System Backup (Quarterly)
DEV "LOTS Development and Testing" (Local Partition One)
- Daily Backup
- Full System Backup (Quarterly)
LOTSSVR "LOTS Web Server"
- Full System Backup (Quarterly)JAXFSMGR "FS Manager Jacksonville"
- Full System Backup (Quarterly)
NASHMG "FS Manager Nashville"
- Full System Backup (Quarterly)

These tapes will be stored onsite during the following backup cycle. At the end of the latter cycle, the daily tapes will be removed to Iron Mountain offsite location for storage according to tape rotations schedule. When this period has elapsed, the tapes will be brought back on site for reuse.

35

A full backup will be performed quarterly for each server.. The tapes will be stored on site during the backup cycle. At the end of the latter cycle, the tapes (excluding the FSMGR NASH backups) will be removed to Iron Mountain offsite location for storage for 7 years.  The FSMGR Nash backup tape is an exception and will remain within the local tape library. When this 7 year period has elapsed, the tapes will be brought back on site for reuse or destruction.

All server backups performed must be noted in the server backup log upon completion.  If, for some reason, the nightly backup cannot be completed, is missed, or crashes, then it must be evaluated and resolved by the IBM i admin the following day so that the following backup will be successful.  The reason for non-completion of the originally scheduled backup must be brought to the attention of the IT Operations Manager and noted in BRMS backup log.

If a tape is discovered to be damaged or corrupt, then the tape must be destroyed to prevent further use and replaced with a new one.

Work files Backup

Work files backup are full backups to ensure data recoverability. Once data is backed up successfully to tape, the operations staff will immediately run a cleanup work files process to retain only the last 7 months. These backups will be performed periodically, as needed for storage.  Work file backup tapes are retained indefinitely.

Managing Restores

The ultimate goal of any backup process is to ensure that a restorable copy of data exists.  If the data cannot be restored, then the process is useless.  Data will be restored from a backup if:
- There is an intrusion or attack.
- Files have been corrupted, deleted, or modified.
- Information must be accessed that is located on an archived backup.

In the event a data restore is desired or required, the following policy will be adhered to:
The department responsible for overseeing backup and restore procedures is IT Operations.  If a user has a restore request, they can contact the IT Operations department by sending an e- mail to helpdesk@fortegra.com.

In the event of unplanned downtime, attack, or disaster, consult Fortegra Disaster Recovery Plan for full restoration procedures.  In the event of a local data loss due to human error, the end user affected must contact the IT Department and request a data restore. The end user must provide the following information:

- Name.
- Contact information.

36

- Name of file(s) and/or folder(s) affected.
- Last known location of files(s) and/or folder(s) affected.
- Extent and nature of data loss.
- Events leading to data loss, including last modified date and time (if known).
- Urgency of restore.

Depending on the extent of data loss, a daily tape, weekly tape, or combination of both will need to be used. The timing in the cycle will dictate whether or not these tapes are onsite or offsite. Tapes must be retrieved by IT Operations or pre-determined replacement. If tapes are offsite and the restore is not urgent, then the end user affected may be required to wait up to 1 full business day for a time- and cost-effective opportunity for the tape(s) to be retrieved.

8.1.2 – Windows Environment

A backup rotation schedule is maintained for all Windows systems backups.
The table below shows the current backup schedule for each environment:

**DEV:**

| Daily | Mon | Tue | Wed | Thurs | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|

**PROD:**

| Daily | Mon | Tue | Wed | Thurs | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| Weekly | Week1 | Week2 | Week3 | Week4 | | | |
| Monthly | All | | | | | | |
| Yearly | 7 yrs. | | | | | | |

**SQL:**

| Daily | 15 minute Incremental | | | | | | |
|---|---|---|---|---|---|---|---|
| Daily | Mon | Tue | Wed | Thurs | Fri | Sat | Sun |
| Weekly | Week1 | Week2 | Week3 | Week4 | | | |
| Monthly | All | | | | | | |
| Yearly | 7 yrs. | | | | | | |

37

## 8.2 – Location

IBM i Backups requiring long-term retention are relocated to an off-site storage area where there is a high probability that the media will survive in the event of a disaster.  The offsite data storage facility used is Iron Mountain Off-Site Data Protection.  IBM i backup media in the interim or requiring short-term retention (i.e., daily backups) are stored at the data center, secured IT room at the Fortegra office, or at Iron Mountain according to the associated  schedule or media requirements.

Inspection of the local Iron Mountain facility where Fortegra data is stored is performed annually by a member of the Fortegra Information Security Team.

Windows/SQL Environments - Rubrik uses an immutable architecture, backups are either stored locally on-disk or in the Azure Cloud leveraging an immutable architecture for Azure Blob Storage. The Retention policy within Rubrik not only stores on-disk immediately it also uploads the backups into Azure Cloud instantly.

## 8.3 – Security and Transport

### 8.3.1 – Security

Offline storage media utilized for archival or back-up purposes will at all times be handled and retained in a secured environment such that only Fortegra personnel and contracted storage facility personnel have access to the archival media. All media couriers, and transport mechanisms must be certified by the IT Department.

### 8.3.2 – Transport

Positive log-out and log-in of archive media will take place during all archive media transfers. All media that is transferred from one location to another will be logged as being transferred, by whom, where, and was it properly received. Media will be removed from locked storage by IT personnel and personally transferred to courier at time of pickup and sign-out.

### 8.3.3 – Labeling

All media containing confidential or sensitive data must be labeled as such prior to transfer, as detailed in the Data Classification and Control Policy.

## 8.4 – Inventory Audit

Annual inventories of all backup media will take place.  The IT Department will compare their list of in-use media with records at the storage facility using the Media Inventory Log.

# 9 – Data Encryption

Fortegra requires that all data classified as "Sensitive" in the Data Classification policy be encrypted in transit and at rest.  Public Keys must be 2048 bits or longer.

If any new algorithm, technology or method is discovered which might render PGP insecure, then Fortegra may require that a different mechanism be used.  Customer and Fortegra must exercise reasonable care in the management and use of keys. Either party may refuse to accept electronic communications, which are not digitally signed by the other party.  Unauthorized substitution of keys is prohibited.

## 9.1 – Encryption Key Management

### 9.1.1 – Key Access

Keys used to encrypt and decrypt cardholder data must be protected from general access. Only approved custodians can access the key components.  Access to encryption key components will only be granted to those custodians specifically requiring access due to job function. Authorized key custodians must sign an Encryption Key Custodianship Form acknowledging their understanding and acceptance of the key-custodian responsibilities.

### 9.1.2 – Key Generation

Only strong encryption keys are to be used. Creation of encryption keys must be accomplished using a random or pseudo-random number generation algorithm.  Fortra Crypto Complete handles key generation, eliminating the need for split-key knowledge since no one person knows the randomly generated key that is used to create the encryption key.

Public Keys are 2048-bit strength. Unauthorized key substitution is prohibited.

### 9.1.3 – Key Distribution

Only custodians authorized by the IT Department are allowed to retrieve key components from secure storage or distributing keys to specific application locations. Custodians must document all such actions in the PGP Manager.  The encryption keys must be placed in secure packaging prior to being returned to storage.

All key exchanges are coordinated between internal client representatives and the IT Department. A formal request is submitted to security staff for review/implementation. At Fortegra option, a suitable independent authority must certify customer's keys.  Fortegra has documented procedures for key exchange and key addition.

<u>9.1.4 – Key Storage</u>

All data encryption keys must be stored encrypted, with storage of key-encrypting keys being separate from data-encrypting keys within applicable applications.

<u>Database Encryption Keys (AS/400)</u>
Fortegra utilizes Fortra Crypto Complete to fully manage symmetric data encryption keys used to encrypt sensitive data at rest on the IBM i.

<u>Database Encryption Keys (LNA SQL Environment / ALIS)</u>
Encryption keys are generated at run-time and stored encrypted in the database using a symmetric key which is in turn encrypted asymmetrically using a certificate.  As it is the same encryption routine that ALIS uses, it has the same access list (SysAdmin under SQL roles).  The internal process uses a trusted connection to the SQL server so the password is not compromised.

<u>PGP Encryption Keys</u>
Fortegra utilizes Fortra GoAnywhere PGP to fully manage public and private encryption keys used to encrypt sensitive data in transit.

<u>9.1.5 – Key Changes</u>

An encryption key change is the process of generating a new key, decrypting the current production data and re-encrypting the confidential data with the new key.  All data encryption keys must be changed when circumstances dictate a change to maintain encryption or key integrity. The following dictates when a key change is required:

- Suspicious Activity: This change is driven by any activity related to the key process which raises concern regarding the security of the existing key.
- Resource Change: Keys must be changed if a resource with knowledge of the keys terminates employment or assumes a new job role that no longer requires access to an encryption process.
- Technical Requirement: Keys must be changed if the key in place has become questionable due to a technical issue such as corruption or instability.
- At least once within a 36-month period.

<u>9.1.6 – Key Destruction</u>

Encryption keys shall be destroyed at intervals determined by client data retention requirements. Keys will be stored securely when not in use.

## 9.2 – Storage and Transmission

### 9.2.1 Storage of Sensitive Data

Sensitive data must be encrypted using AES 256-bit encryption when stored on any Fortegra owned systems or media. Sensitive data is encrypted at the field level.

### 9.2.2 Transmission of Sensitive Data

Files containing sensitive data must be encrypted using PGP AES encryption when in transit over open public networks. Files must be encrypted using the PGP public key provided by the Fortegra IT Department. Files containing unencrypted credit card information must never be transmitted via end-user messaging.

# 10    – Remote Access/Special Technologies

The purpose of this policy is to define standards, procedures, and restrictions for connecting to Fortegra internal network(s) from external hosts via remote access technology, and/or for utilizing the Internet for business purposes via third-party wireless Internet service providers (a.k.a. "hotspots"). Fortegra resources (i.e. corporate data, computer systems, networks, databases, etc.) must be protected from unauthorized use and/or malicious attack that could result in loss of information, damage to critical applications, loss of revenue, and damage to our public image. Therefore, all remote access and mobile privileges for Fortegra associates to enterprise resources – and for wireless Internet access via hotspots – must employ only company-approved methods.

This policy applies to all Fortegra associates, including full-time staff, part-time staff, contractors, freelancers, and other agents who utilize company or personally owned computers to remotely access the organization's data and networks. Employment at Fortegra does not automatically guarantee the granting of remote access privileges.

Any and all work performed for Fortegra on said computers by any and all associates, through a remote access connection of any kind, is covered by this policy. Work can include (but is not limited to) e-mail correspondence, web browsing, utilizing intranet resources, and any other company application used over the Internet. Remote access is defined as any connection to Fortegra network and/or other applications from off-site locations, such as the associate's home, a hotel room, airports, cafés, satellite office, wireless devices, etc.

## 10.1 – Approval

The IT Department must explicitly approve any use or deployment of special technologies. For general user application, this includes VPN access. These approvals must be documented in the Help Desk.

## 10.2 – Remote Access & Authentication

User authentication mechanisms, where possible, must be integrated into the current Fortegra authentication systems. Under no circumstances may the user authentication requirements be less strict than currently defined policies and procedures (i.e.: complex passwords, password change interval, etc.).

An SSL VPN device must be used for remote access by Fortegra employees and contractors. Endpoint inspection occurs prior to allowing access to network resources and checks for updated virus signatures and an enabled client firewall. Access to resources is granted based upon business need.

Two Factor Authentication must be used for all remote VPN access. The secondary authentication is obtained via authenticator app approval, calling the cell phone, or SMS to the user.

All remote access to Fortegra production network systems must meet the following criteria:
- Employee access to Fortegra network systems from outside the facility must utilize a secure VPN tunnel that verifies the presence of updated virus protection and Windows firewall.
- All VPN traffic must be in encrypted form.
- Configuration to routers, switches, firewalls, and any other multi-homed device with public facing interfaces, must be administered using an internal interface.
- All administrative controls on public facing interfaces must be disabled.

## 10.3 – Device/User Inventory & Identification

### 10.3.1 – Device Inventory

All approved devices must be noted on the Special Technologies Device Inventory by the IT Department. All approved users of these technologies must be noted on the Special Technologies User List. Users that must be documented include:
- Employees with VPN access
- Vendors with remote access

### 10.3.2 – Device Identification

All devices must be labeled, including owner, contact information, and device purpose.

## 10.4 – Acceptable Use

Please refer to section 15 which details Fortegra's Acceptable Use Policy.

## 10.5 – Approved Products & Locations

### 10.5.1 - Supported Technology

All remote access will be centrally managed by Fortegra IT department and will utilize encryption and strong authentication measures.  Remote access connections covered by this policy include (but are not limited to) VPN, cable modems, proprietary remote access/control software, etc. Fortegra allows wireless network connectivity through the wireless network which is configured to meet

44

industry best practices for strong encryption of authentication and transmission. Weak encryption protocols will be disabled by default.

10.5.2 -Eligible Users

All associates requiring the use of remote access for business purposes must submit a help desk ticket that clearly outlines why the access is required and what level of service the associate needs should their application be accepted.

Remote access requests must be approved by the associate's manager through the help desk. Associates may use privately owned connections (under 'Supported Technology') for business purposes. If this is the case, the IT department must approve the connection as being secure and protected. However, the company's IT department cannot and will not technically support a third-party ISP connection or hotspot wireless ISP connection.

10.5.3 -Approved Products

Only devices approved by the IT Department may be deployed into the Fortegra network and connected to the VPN.

10.5.4 -Approved Locations

Fortegra IT assets will be used inside the Fortegra corporate network, connected to the Fortegra corporate LAN, and used in conjunction with the Acceptable Use Policy. Fortegra IT assets that leave the building (i.e. Laptops) must be encrypted. Remote access to the Fortegra Corporate LAN must be accomplished with VPN and multi-factor authentication.

## 10.6 – Session Disconnect

All remote access connections must include a "time-out" system. In accordance with Fortegra security policies, remote access sessions will time out after 15 minutes of inactivity and will terminate after 4 hours of continuous connection. Both time-outs will require the user to reconnect and re-authenticate in order to re-enter the company network. Should a remote user's account be inactive for a period of 90 days, access account privileges will be suspended until the IT department is notified.

## 10.7 – Vendor Connections

All vendor connections will be made in compliance with the following requirements:
- Vendor connections are made only through secure connections.
- Accounts are enabled at the time of support and disabled immediately after support is complete.
- Passwords are communicated directly to the support tech.
- Connections are restricted to source IP address.
- Accounts and connections are removed immediately after support is complete.

## 10.8 – Personal Firewalls

All computers with direct connectivity to the Internet and access to the Fortegra network must have personal firewall software installed and activated. All such software must have a non-user alterable configuration as dictated by the IT Department.

## 10.9 - Mobile Devices: E-mail Access

Fortegra (the "Company") grants its associates the privilege of purchasing and using smartphones and tablets of their choosing for accessing Company e-mail at their convenience. Associates may have the opportunity to use their personal devices for e-mail after agreeing to accept the requirements laid out in this policy when authorized in writing, in advance, by the associate and their manager. Personal electronic devices include but are not limited to personally owned smartphones and tablets. Associates are personally liable for all costs associated with their personal devices.

All associates must agree to the terms and conditions set forth in this policy in order to be able to enroll in the Mobile Device Management program. The Company reserves the right to revoke this privilege if users do not abide by the policies and procedures outlined below. This policy is intended to protect the security and integrity of the Company's data and technology infrastructure. Limited exceptions to the policy may occur due to variations in devices and platforms.

## 10.10 - Security

In order to prevent unauthorized access, devices must be password protected using the features of the device and a password is required to access the Company's networks. The Company's password policy for mobile devices is as follows: Passwords must be at least four characters. Passwords will be rotated every 365 days and the new password can't be one of 3 previous passwords. If an incorrect PIN is entered 10 times the device will automatically wipe all Company data.

Associates access to Company data is limited based on user profiles defined by the Information Technology department (IT) and automatically enforced.  While IT will take every precaution to prevent the associate's personal data from being lost in the event it must remote wipe a device, it is the associate's responsibility to take additional precautions to preserve their personal data in a manner that does not compromise the confidentiality of Company data.  The associate's device may be remotely wiped if 1) the device is lost, 2) the associate terminates his or her employment, 3) IT detects a data or policy breach, a virus or similar threat to the security of the company's data and technology infrastructure.  The Company reserves the right to disconnect devices or disable services without notification.  The associate assumes full liability for risks including, but not limited to, the partial or complete loss of company and personal data due to an operating system crash, errors, bugs, viruses, malware, and/or other software or hardware failures, or programming errors that render the device unusable. Associates must notify management immediately in the event their personal device is damaged, lost or stolen. Associates may receive disciplinary action up to and including termination for violations of these policies such as damage to personal devices caused willfully by the associate.

To ensure the security of Company information, authorized associates are required to have mobile device management (MDM) software installed on their personal mobile devices. This MDM software will store all company-related information, including calendars, e-mails and other Company-related applications in one area that is password-protected and secure. The IT department must install this software prior to using the personal device for work purposes. Since IT Help/Service Desk does not have the resources or expertise to support all possible personal devices and software, devices used will receive limited support on a 'best effort' basis for business purposes only.

Associates may store company-related information only in this area. Associates may not use unsecure Internet sites and may not use unapproved cloud-based apps or backup that allows company-related data to be transferred to unauthorized parties. Due to security issues, personal devices may not be synchronized to other devices in associates' homes. Making any modifications to the device hardware or software beyond authorized and routine installation updates is prohibited unless approved by IT. This includes "jail breaking" or "rooting" a phone.

Associates whose personal devices have camera, video or recording capability are restricted from using those functions anywhere in the building or on company property at any time unless authorized in advance by management. An associate may not store information from or related to former employment on the company's application.  Family and friends should not  use personal devices that are used for company purposes.

47

# 11– Software Development Lifecycle

Fortegra Software Development Life-Cycle (SDLC) uses standardized procedures to provide a timely and effective transition to the new business requirement, increase quality of service and improve Company operations.

The SDLC process benefits the company by:
- Better aligning IS services to business requirements
- Increasing communication among areas affected by changes
- Improving risk assessment
- Reducing the impact on the quality of service
- Assessing costs before implementation of changes
- Increasing user productivity
- Enhancing quality of service provided by IS

The SDLC process consists of phases that help manage a wide range of activity to conduct projects or automate activities with information technology.  The SDLC is not limited to technical activity but actually begins with customer needs and evolves through processes and user requirements to develop a solution or support process.

The SDLC is composed of the following phases:
- Project Acceptance
- Requirements
- Development
- Testing and Training
- Deployment
- Change Management

## 11.1 – Project Acceptance

The project acceptance phase prompts collection of information by the PMO to determine if a project warrants the investment of personnel resources and funding. The project definition must identify the customer, user, mandate, and basic operating concept. Additionally, the project definition should provide a preliminary investigation of alternatives and risk analysis, and a high-level cost-benefit analysis to determine if the project has a favorable return on investment.

The project information should show the expected cost increase or decrease and the capabilities or benefits gained and is critical to the project approval process.  The stakeholders

and project manager should be identified as well as projected costs for training and sustaining efforts after the project is completed.

The key output of this phase is knowing exactly what the scope of the project is prior to committing funding and resources, including the project timetable with milestone dates and resource estimates, and a formalized approval/authorization or disapproval of the project based on the project definition.

## 11.2 – Requirements

During the Requirements Phase, automation needs of the business functions are collected and quantified. The requirements include business rules that govern the work of the user, definition of specific business functions or processes, and levels of security needed to protect the business' information. The PMO receives all proposed changes to the requirements, decides if the proposed change should be applied to the system and, if accepted, places a priority on the incorporation of the change to the system.

### 11.2.1 – User Requirements Definition

The user requirements definition phase is based on the processes that users conduct in their day-to-day activity. The user requirements should clearly describe what part of the user process (activity) should be automated or enhanced, and the expected capabilities and features. There may be a number of other tasks to perform prior to developing the user requirements, such as interviews, objectives identification, and defining operating concepts. The key output of this phase is a summary document of user requirements that explains what the system is supposed to do.

### 11.2.2 – System/Data Requirements Definition

The system/data requirements definition phase is based on merging user processes and requirements in a way that allows a system to support many different users or functions in similar areas. The system/data requirements phase marks the start of establishing key technical areas to use technology to make the work easier. Technical requirements are usually established as a sub-set of the system/data requirements and incorporate existing systems and technologies currently used by the organization.

Data requirements are a critical road map for any information system designed to process data. The key output of this phase is a summary document of system/data requirements that explains what the system should be built to, how data should be processed, and what technical or support requirements may exist. In addition, security and internal control related requirements are also developed as appropriate to the scope of the project.

## 11.3 – Development

In the coding/development phase, the individual objects or components of the application are coded from the physical model. Once the system objects have been developed, they are gathered and connected together (integrated) to create a working application.

For each change, special attention will be paid for systems that require PCI-DSS compliance. A PCI-DSS requirements checklist will be completed for each change and stored in the project documentation. Task definition should be granular enough to ensure that requirements for each task are being met. Documentation for each task and the meeting of appropriate PCI-DSS requirements must be entered into the system of record for audit purposes.

Change-control procedures related to implementing security patches and software modifications must be documented. For every change, documentation must be retained for each of the following requirements:
- The impact of the change is documented and included in change control documentation.
- Approval by authorized parties is documented and included in change control documentation.
- Functionality testing is performed to verify that the change does not adversely impact the security of the system. This must be documented and included in change control documentation.
- For custom code changes, verify that all updates are tested for compliance with PCI DSS Requirement 6.5 before being deployed into production. This must be documented and included in change control documentation.
- Prepare back-out procedures for each change. This must be documented and included in change control documentation.

### 11.3.1 – Development Environment

Separate environments are used to develop and test all new programs and program changes prior to promoting into production. Logical access controls are in place to enforce separation of the environments.

There is a separation of duties between personnel assigned to the development/test environments and those assigned to the production environment.

### 11.3.2 – Development Data

Production data (i.e. real credit card numbers) will not be used for testing and development purposes without being sanitized. Test personnel will make every effort to use mock data only for testing on non-production systems and software.

Test data and accounts are removed prior to the production system becoming active. Custom application accounts, user IDs and/or passwords are also removed before the system goes into production or is released to customers.

## 11.4 – Testing and Training

### 11.4.1 – Testing

Testing an SSR is an interactive process in which the assigned Programmer, Requestor and all relevant stakeholders defined by the PMO collectively ensure adequate and appropriate testing is completed on the following:
- Performance of the system
- Security
- Quality of data
- Maintainability
- Reliability and Availability
- Functionality

The complexity of the change determines the extent of testing. Testing is performed on a developmental system separate from the live environment. The Systems Operations Department grants users and programmers access to these libraries during testing. Users and an IS quality manager must approve testing before changes are moved to production. Security testing will incorporate testing of all security patches and system and software changes as outlined in PCI Data Security Standard 6.3.1.

Testing will include a security section for regression tests to verify that functionality changes have not impacted current security standards.

### 11.4.2 – Code Reviews/Static Scans

Manual code reviews are performed for all (in-scope) internal and public facing applications to ensure code is developed according to secure coding guidelines per PCI DSS Requirement 6.5. Code reviews are performed by developers. Code reviews are assigned to someone other than the developer of the code being reviewed. The code must pass a static
security scan utilizing the Veracode platform. This will help prevent the introduction of new vulnerabilities into the application. Any vulnerabilities that have a rating of "High" or greater must be remediated before it will be approved for production.

51

### 11.4.3 – Technical Documentation and Training

The deployment server logs the last date program source codes were changed.  In addition, programmers document changes in the program's header and source codes whenever a change is made.  The IT department works with and trains users whenever a change will affect their business workflow.

## 11.5 – Implementation

Change requests are ready for implementation after successful testing is approved. Implementation is scheduled during the time of least impact on the live environment.  The Programming Manager is responsible for coordinating implementation with Operations personnel and ensuring timely completion.  Rollback procedures to revert implemented changes must be documented before the change is to occur.  After a change is implemented in the live environment, the requestor confirms its success by monitoring behavioral responses to unusual or unpredicted situations not foreseen in the test environment.

## 11.6 – Change Management – Programming

### 11.6.1 Change Request Submittal - IBMi

The IT department uses "Turnover," a software package from SoftLanding Systems, as a central input facility for all AS400 System Service Requests (SSR).  Users designated as department liaisons are granted access to the Turnover Software request facility through the Turnover  client using ID and password entry. The user submits a description of the problem or request, type of SSR and urgency in an electronic form to the IT department. SSRs that involve reserves or other financial data are reviewed by a business analyst to determine the impact on other areas. Departments in the company are allocated a pool of programming hours to be used for system enhancements and new application development. These hours are tracked through Jira and the department is kept updated as to the usage of the programming hours. The  department categorizes and prioritizes SSRs as process improvement, new development, maintenance, corporate objective, legal, and compliance.

The programming manager communicates SSR approvals and scheduling through Jira. Once approved, SSRs are assigned to a programmer where the SSR will appear as an assigned task to the programmer.  This task list is used by programmers to monitor hours worked. The log details programmer assigned, due date, and estimated hours to complete for all SSRs. Additional details are added by the programmer.

## 11.6.2 Change Request Submittal

When an SSR is submitted with Priority Code 1 (Urgent) by the business unit, the quality analyst and programming manager evaluate the request and coordinate the scheduled resolution with the business unit leader.  The SSR is assigned to a programmer, who expedites the change request using the same process described above.

Compliance with mandatory governmental and industry regulations (such as PCI-DSS) and industry standards and/or best practices must be taken into consideration when developing new software applications.  Security checks and control measures must be considered throughout the development life-cycle.

## 11.7 - Secure Coding Guidelines

SDLC – Secure Coding



All Fortegra developers will receive training on secure coding practices. Internal and 3rd party development of proprietary software must utilize industry recognized security coding techniques to prevent common vulnerabilities. The following sources must be used:

- OWASP Guide (www.sans.org)
- SANS CWE Top 25 (www.sans.org)
- CERT Secure Coding (www.securecoding.cert.org)

The following vulnerabilities must be considered during the Code Review, Static Scanning and Testing phases for all applications:

- Injection flaws, particularly SQL injection. (Validate input to verify user data cannot modify meaning of commands and queries, utilize parameterized queries, etc.)

- Buffer overflow (Validate buffer boundaries and truncate input strings.)

- Insecure cryptographic storage (Prevent cryptographic flaws)

- Insecure communications (Properly encrypt all authenticated and sensitive communications)

- Improper error handling (Do not leak information via error messages)

- All "High" vulnerabilities as identified in the *Vulnerability Identification Policy (Section 5.3)*

The following vulnerabilities must be considered during the Code Review, Static Scanning and Testing phases for all internal and external Web Applications

- Cross-site scripting (XSS) (Validate all parameters before inclusion, utilize context-sensitive escaping, etc.)

- Improper Access Control, such as insecure direct object references, failure to restrict URL access, and directory traversal (Properly authenticate users and sanitize input. Do not expose internal object references to users.)

- Cross-site request forgery (CSRF). (Do not reply on authorization credentials and tokens automatically submitted by browsers.)

Annually, and whenever significant modifications have taken place, all web-based applications will be put through an application-specific penetration test as described in *Vulnerability Testing (Section 5.3).*

In order to protect all public-facing web applications against known web-based attacks, at least one of the following methods must be used:

- At least annually or after any significant change, have all custom code for public-facing web applications reviewed by an organization (internal or external) that specializes in application security, and that is organizationally separate from the management of the application being reviewed. The application must be re-evaluated after the vulnerabilities are corrected. Manual or automated vulnerability security assessment tools or methods can be used.

- Utilize a web-application firewall in front of the public-facing web applications to detect and prevent web-based attacks.

10.6.3 Change Request Implementation

Change requests are ready for implementation after successful testing is approved and scheduled during the time of least impact on the live environment.  After a change is implemented in the live environment, the programmer and user confirm its success by monitoring behavioral responses to unusual or unpredicted situations not foreseen in the test environment.  In the event there is an unusual or unpredicted situation after the change goes into production, the change will be restored to the prior version, if possible, using predetermined rollback procedures. Some changes cannot be reversed and will be fixed as  soon as possible.  The fix will go thru the normal testing process.

10.6.4 Emergency Changes

Each week, an "on-call" programmer is assigned to handle emergency production data problems after hours.  A specific user ID allows the programmer on-call to make necessary changes to production applications.  In the event of a production problem after hours the on-call programmer will use this user to make the change.  The Enforsive software monitors and logs all commands and changes made by the on-call programmer.

## 12- Incident Response

All incident detections and responses must follow this policy and process.

- Fortegra must develop and exercise formal plans for responding to information security intrusions and incidents identified by security monitoring.
- All parties subject to this policy will conduct incident response activities in accordance with the Fortegra Incident Response Plan.
- Fortegra must review the incident response plan at least yearly and whenever an actionable incident is concluded.
- Fortegra must update the incident response plan to address system/organizational changes or problems encountered during plan implementation, execution, or testing.
- The IR plan shall also coordinate incident handling activities with contingency planning activities when necessary.
- Incidents shall be properly documented and archived with appropriate audit trail evidence and storage durations shall comply with the established records retention policy.

**Communication and Training**
- Fortegra must distribute copies of the Incident Response Plan to all personnel who are expected to participate in the plan.
- Fortegra must communicate Incident Response Plan changes to all personnel who are expected to participate in the plan.
- The organizational Help Desk must be well trained in the procedures within the Incident Response Plan and provide the necessary support to users when a security incident is discovered or suspected.

**Security**
- The security incident response plan shall be protected from unauthorized disclosure and modification.
- The security incident response plan shall be classified as "Confidential".

**Plan Testing**
- Fortegra must test the IR plan at least yearly, measure the plans effectiveness and make changes as necessary.
- Testing may include any of the following methods:
  - Table top exercises
  - Red Team/Blue Team assessments
  - Structure Penetration Testing

The *Security Incident Response Plan (SIRP)* has been developed to provide a framework for security incident response at Fortegra to protect company resources and interests.

The *Security Incident Response Plan* includes the following:

- Introduction and Scope
  - Introduction
  - Scope
  - Employee Action
  - Plan Testing and Team Training
- Response Organizations
  - (Information) Security Incident Response Team
  - Fortegra Incident Management Team
  - Employees and System Users
- Security Incident Response Team
- Event Discovery and Reporting
  - Automated Security System Notification
  - User Reporting
- Incident Severity Identification
- Incident Response
  - Typical Response
    - Level 1 Response
    - Level 2 Response
    - Level 3 Response
  - Special Case: Credit Card Compromise
  - Root Cause Analysis and Lessons Learned
- Escalation Process
- Contacts
- State and Federal Security Breach Notification Laws
  - SEC and other Regulator Disclosures
- Appendix
  - Security Incident Report Form
  - Evidence Chain of Custody Form

*Note:  Please see SIRP for full details.*

# 13- Employee and Contractor Screening

An investigative consumer report is obtained from an applicant for employment and/or decisions concerning their employment status with the company.  This document is provided with the application for employment and must be signed and dated.  An investigative consumer report is obtained from a consumer reporting agency for the purpose of evaluating the applicant for employment, promotion, reassignment, or retention as an employee.

Background checks are performed after an offer is made to an applicant and the applicant has accepted the job offer.  Results of the background check are available before the applicant's start date, as job offers are contingent upon a positive background check.

Fair Credit Reporting Act (Disclosure to Applicants and Employees) – Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1861 – 1681 u, Fortegra provides a notice indicating that the Company may obtain a consumer report, (including, but not limited to, a credit report) concerning an applicant for employment purposes and in conjunction with either their application for employment and/or decisions concerning their employment status with the Company. This document is provided with the application for employment and must be signed and dated.

A Background Investigation Consent form is completed and signed by the applicant which authorizes Fortegra Corp and/or its agents to make an independent investigation of the applicant's background, references, character, past employment, education, credit history, criminal or police records, including those maintained by both public and private organizations and all public records for the purpose of confirming the information contained on the application, and/or obtaining other information which may be material to qualifications for employment. This form serves as a release which provides information pursuant to this authorization, from any and all liabilities, claims or lawsuits in regards to the information obtained from any and all of the above referenced sources used. The information obtained will not be used in violation of any federal or state equal opportunity law or regulation. If requestor intends to take any adverse action based in whole or in part on the consumer report, a copy of the report and a summary of the consumer's rights will be provided to the consumer prior to taking adverse action.

## 13.1- Background Check

The following components are requested from the public or private corporate background investigation reporting company for all employees, contractors, consultants and temps:
- Credit Report
- Motor Vehicle Report
- Felony Including Misdemeanor

58

- Social Security Verification

Following is a description of each of the components requested:

**Credit Report (employment)** This search may help determine the creditworthiness of an individual. This search may also be utilized to verify historical information such as places of employment or prior addresses. Credit reports often include the subject's name, previous addresses, Social Security number, phone number, spouse name, employment information, file dates, account types, terms, amounts past due, subscriber information, loan types, balances, public records, account numbers, high credit amounts, dates opened, dates closed, pay patterns, credit limits, dates verified and modes of payment. Section 619 of the Federal Fair Credit Reporting Act, obtaining information under false pretenses, states that: "Any person who knowingly and willfully obtains information on a consumer from a consumer reporting agency under false pretenses shall be fined under Title 18, U.S. Code, imprisoned for not more than two years, or both."

**Motor Vehicle Report** A driving record may provide insight into a person's character, revealing driving habits such as speeding and reckless driving. Information returned may include driver's license number, class and status, full name, date of birth, physical description, dates of convictions, violations and accidents, sections violated, docket numbers, court locations and accident report numbers.

**Felony Including Misdemeanor** This search checks for all felonies filed at the main courthouse (county seat) and for misdemeanor information available from the same location / filing area. Infractions and traffic violations are not included. The seriousness of the charge determines in which court a criminal action is filed. Examples of felony cases include grand theft, rape and murder. Examples of misdemeanor cases include trespassing, driving under the influence (DUI), possession of a controlled substance and petty theft. Response may include defendant, case number, file date, charges and disposition or current status.

**Social Security Verification** This search is very successful in determining possible fraudulent use of a Social Security number and to find locations an applicant has resided that were not reported on an application. This search returns information reported to a major credit bureau. Information returned may include name and address of individuals who have used the Social Security number to apply for credit. Name variations are usually due to one of three situations: the Social Security number may have been used by a spouse or other family member; it may have been used fraudulently by one or more of the individuals named in the report; or name variations may be the result of a data entry error by the credit bureau or the credit grantor.

# 14 – Physical & Environmental Security

The objective of physical and environmental security controls is to prevent compromise or theft of information and information processing facilities.  Information and information processing facilities are protected from disclosure to, modification of or theft by unauthorized persons and controls are in place to minimize loss or damage.

## 14.1 – Physical Security

The objective of physical security controls is to prevent unauthorized access, damage and interference to business premises and information.

### 14.1.1- Physical security perimeter

Critical or sensitive business information processing facilities are housed in secure areas protected by a defined security perimeter, with appropriate security barriers and entry controls. They are physically protected from unauthorized access, damage and interference.

The perimeter of the building or site containing information processing facilities is physically sound (i.e. there will be no gaps in the perimeter or areas where a break-in could easily occur). The external walls of the site are of solid construction and all external doors are suitably protected against unauthorized access, e.g. control mechanisms, bars, alarms, locks etc.

### 14.1.2- Physical entry controls

Doors to all areas utilized by Fortegra are secured by electronic key card.  Secure areas are protected by appropriate entry controls to ensure that only authorized personnel are allowed access.

Fortegra reserves the right to inspect the bags, purses, brief cases, etc. of all employees and visitors upon entry to Fortegra premises.  Spot checks of such items may be conducted at any time at the discretion of management.

Floor Access
The main entrances to each floor are recorded by 24hr closed circuit digital video surveillance. Each floor is secured by electronic card access lock and provides access only to those personnel that have a business need.

Electronic key cards are used to authorize and validate all access. An audit trail of all access is securely maintained by HR.  Employee access control cards must be displayed at or above the waist and must be clearly visible at all times.  Should the card be improperly displayed,

60

managers must request the card be displayed properly. Access rights to secure areas will be reviewed quarterly and updated as needed. If Fortegra employees notice personnel in the building without an access card displayed, the employees should immediately notify their manager or member of IT.

Data Center

Datacenter is located offsite in a hosted, hardened Flexential facility. Access to data center areas is recorded by 24hr closed circuit digital surveillance. The entrance to the data center is secured by electronic card access and biometric lock and provides access only to those personnel that have a business need based on job responsibility. The data center is temperature and humidity controlled, backed up by an uninterruptible power supply and generator, and protected by fire suppression systems.

A list of personnel/vendors authorized to access the data center is maintained in by Flexential. Authorization for access is only granted by approved Fortegra IT staff. All requests for authorization are logged by Flexential.

### 14.1.3  Surveillance

Closed circuit security cameras record entries to each floor and to all secure areas. Recordings will be maintained for a period of 90 days.

### 14.1.4  Visitors

All visitors, contractors, and vendors desiring access to Fortegra must register with the receptionist. The receptionist must review a government issued photo ID for all visitors upon entry to verify their identity. Each visitor is asked to remain at the reception desk until a Fortegra employee escorts them to their destination. Each escort is responsible for the whereabouts of the visitor. It is the associate's responsibility to ensure that the guest continues to wear the visitor badge at all times. In no case may a guest's temporary badge provide unescorted access to areas that store sensitive data.

Visitors to secure areas will be supervised or cleared and their date and time of entry and departure recorded. They will only be granted access for specific, authorized purposes and will be issued instructions on the security requirements of the area and on emergency procedures. Visitor logs are maintained by the receptionist.

14.1.5  Securing offices, rooms and facilities

A secure area may be a locked office or several rooms inside a physical security perimeter, which may be locked and may contain lockable cabinets or safes.

- Consideration has been given to any security threats presented by neighboring premises, e.g. leakage of water from other areas.

- Access to sensitive information and information processing facilities is controlled and restricted to authorized persons only.
- Key facilities have been sited to avoid access by the public.
- Buildings are unobtrusive and give minimum indication of their purpose with no obvious signs, outside or inside the building identifying the presence of information processing activities.
- Support functions and equipment, e.g. photocopiers, fax machines, are located appropriately within the secure area to avoid demands for access which could compromise information.
- Suitable intruder detection systems are installed to professional standards and regularly tested are in place to cover all external doors and accessible windows. Cover is also provided for other areas, e.g. computer room or communications rooms.
- Information processing facilities managed by Fortegra are physically separated from those managed by third parties.
- Directories and internal telephone books identifying locations of sensitive information processing facilities are not readily accessible by the public.
- Hazardous or combustible materials are stored securely at a safe distance from a secure area. Bulk supplies such as stationery are not to be stored within a secure area until required.

14.1.6  Working in secure areas

Additional controls and guidelines have been implemented to enhance the security of a secure area.  This includes controls for the personnel or third parties working in the secure area, as well as third party activities taking place there.  The following controls have been considered:
- Personnel are only made aware of the existence of or activities within a secure area on a need to know basis.
- Closed circuit security cameras record all activity leading into and out of secure areas.
- Unsupervised working in secure areas is avoided both for safety reasons and to prevent opportunities for malicious activities.
- Vacant secure areas are physically locked and periodically checked.
- Third party support services personnel are granted restricted access to secure areas or sensitive information processing facilities only when required.  This access is authorized and monitored.
- Photographic, video, audio or other recording equipment is not allowed, unless authorized.

62

### 14.1.7  Isolated delivery and loading areas

Delivery and loading areas are controlled and isolated from information processing facilities to avoid unauthorized access.  The following controls have been considered:

- Access to the holding area from outside of the building is restricted to identified and authorized personnel.
- Closed circuit security cameras record all activity at delivery area doors.
- The holding area is designed so that supplies can be unloaded without delivery staff gaining access to other parts of the building.
- Incoming material is inspected for potential hazards before it is moved from the holding area to the point of use.
- Incoming material is registered, if appropriate on entry to the site.

## 14.2 Equipment Security

Equipment is physically protected from security threats and environmental hazards.  Protection of equipment (including that used off-site) is necessary to reduce the risk of unauthorized access to data and to protect against loss or damage.  This will also consider equipment locations and disposal.  If required, special controls will be implemented to protect against hazards or unauthorized access and to safeguard supporting facilities, such as the electrical supply and cabling infrastructure.

### 14.2.1  Equipment locations and protection

- Equipment is sited or protected to reduce the risks from environmental threats and hazards, and opportunities for unauthorized access. The following controls are in place:
- Equipment is located to minimize unnecessary access into work areas.
- Information processing and storage facilities handling sensitive data are positioned to reduce the risk of overlooking during their use.
- Items requiring special protection are isolated to reduce the general level of protection required.
- Eating, drinking and smoking in proximity to information processing facilities is prohibited.
- Environmental conditions are monitored for conditions which could adversely affect the operation of information processing facilities.  Temperature conditions are monitored, and IT staff is notified in the event that temperature conditions exceed set requirements.
- The impact of a disaster happening in nearby premises, e.g. a fire in a neighboring building, water leaking from the roof or in floors below ground level or an explosion in the street has been considered.

### 14.2.2  Power supplies/UPS

All attempts are made to protect equipment from power failures and other electrical anomalies. A suitable electrical supply is in place that conforms to the equipment manufacturer's specifications.

A UPS to support orderly shutdown or continuous running is used for equipment supporting critical business operations. UPS equipment is regularly checked to ensure it has adequate capacity and tested in accordance with the manufacturer's recommendations.

### 14.2.3  Cabling security

Cabling is correctly installed and maintained to ensure its continued availability and integrity.
The following controls have been considered:
- Power and telecommunications cabling carrying data or supporting information services are protected from interception or damage.
- All cabling external to the Fortegra building is underground.
- Internally, all cabling is ceiling mounted or thru walker ducts in the flooring.
- All power cabling is separate from voice and data cabling.
- Fiber optic cabling is used where feasible.

### 14.2.4  Equipment maintenance

Equipment is correctly maintained to ensure its continued availability and integrity.
The following controls have been considered:
- Equipment is maintained in accordance with the supplier's recommended service intervals and specifications.
- Only authorized maintenance personnel carry out repairs and service equipment.
- Records are kept of all suspected or actual faults and all preventive and corrective maintenance.
- Appropriate controls are taken when sending equipment off premises for maintenance.

### 14.2.5  Security of equipment off-premises

Regardless of ownership, the use of any equipment outside Fortegra premises for information processing must be authorized by management. The security provided must be equivalent to that for on-site equipment used for the same purpose, taking into account the risks of working outside Fortegra premises.

Information processing equipment includes all forms of personal computers, organizers, mobile phones, paper or other form, which is held for home working or being transported away from the normal work location. The following guidelines have been considered:
- Equipment and media taken off the premises is not to be left unattended in public places.

Portable computers will be carried as hand luggage and disguised where possible when traveling.

- Manufacturers' instructions for protecting equipment is to be observed at all times, e.g. protection against exposure to strong electromagnetic fields.

- Home-working controls will be determined by a risk assessment and suitable controls applied as appropriate, e.g. lockable filing cabinets, clear desk policy and access controls for computers.

- Adequate insurance cover is required to protect equipment off site. Security risks, of damage, theft and eavesdropping, may vary considerably between locations and will be taken into account in determining the most appropriate controls.

### 14.2.6  Asset Management

Equipment belonging to Fortegra is tagged and inventoried using the  asset management system.

### 14.2.7  Secure disposal or re-use of equipment

Storage devices containing sensitive information are physically destroyed or securely overwritten rather than using the standard delete function.  All items of equipment containing storage media, e.g. fixed hard disks, must be checked to ensure that any sensitive data and licensed software have been removed or overwritten prior to disposal. Damaged storage devices containing sensitive data will be assessed to determine if the items will be destroyed, repaired or discarded.

### 14.2.8  Removal of property

Equipment, information or software is not to be taken off-site without authorization.  Where necessary and appropriate, equipment will be logged out and logged back in when returned.

## 14.3 - Badge Control

### 14.3.1  -New Badges

The Human Resources Department is responsible for issuing badges to new employees as part of the hiring process after all appropriate screening has taken place.

### 14.3.2  -Visitor Badges

An access badge with no assigned accesses is provided to visitors by the receptionist upon request of the visited employee. These badges are clearly identifiable from assigned employee ID badges.

Employees may request to have a visitor badge.  Under no circumstance should a visitor ID badge permit unescorted access to physical areas that store sensitive data. The receptionist must request the ID badge from the visitor or employee at end of day.

### 14.3.3  Changing Access

All requests for a change in access level must be made directly through Human Resources by the employee's direct manager. If the access request is approved, the HR Department will make the modifications to the person's access.

### 14.3.4  Revoking Badges

Upon being notified of an employee termination, Human Resources will immediately disable all badge accesses for the terminated employee.  The Human Resources Department is responsible for collecting the badge from the terminated user.

# 15    - Information Security Awareness and Acceptable Use Policy

Fortegra is committed to protecting all associates, partners and the company from illegal or damaging actions by individuals, either knowingly or unknowingly.  Internet/Intranet/Extranet-related systems, including but not limited to computer equipment, software, operating systems, storage media, network accounts providing electronic mail, web browsing, and FTP, are the property of Fortegra. These systems are to be used for business purposes in serving the interests of the company, and of our clients and customers in the course of normal operations.

Effective security is a team effort involving the participation and support of every Fortegra employee and affiliate who deals with information and/or information systems. It is the responsibility of every computer user to know these guidelines, and to conduct their activities accordingly.

The purpose of this policy is to outline the acceptable use of information systems, and the protection of all data at Fortegra. These rules are in place to protect the associates, partners and customers as well as Fortegra.  Inappropriate use exposes Fortegra to risks including virus attacks, compromise of network systems and services, and legal issues.

**Acknowledgement**

All associates are required to read and sign an acknowledgement stating that they have received a copy of this policy either in hard copy or electronically.

**Failure to Comply**

Violations of this policy will be treated like other allegations of wrongdoing at Fortegra. Allegations of misconduct will be adjudicated according to established procedures. Sanctions for inappropriate use on Fortegra systems and services may include, but are not limited to, one or more of the following:

1. Temporary or permanent revocation of e-mail/network/remote access;
2. Disciplinary action according to applicable Fortegra policies;
3. Termination of employment; and/or
4. Legal action according to applicable laws and contractual agreements.

## 15.1 Non-Disclosure Agreement

In consideration of being employed or contracted by Fortegra (the Company), the undersigned associate or contractor hereby agrees and acknowledges:

- That during the course of my employment or contract, there may be disclosed to me certain sensitive information; consisting but not necessarily limited to:
  - Technical information: Methods, processes, formulae, compositions, systems, techniques, inventions, machines, computer programs and research projects.
  - Business information: Customer lists, employee lists, pricing data, sources of supply, financial data and marketing, production, or merchandising systems or plans.
  - Personal and confidential customer information: Social Security Numbers, credit card information, banking information, medical information, other personally identifying information.

- I agree that I shall not during my employment or contract period with the Company, use for myself or others, or disclose or divulge to others including future associates, any trade secrets, confidential information, sensitive information or any other proprietary data of the Company in violation of this agreement. That upon the termination of my employment from the Company:
  - I shall return to the Company all documents and property of the Company, including but not necessarily limited to: drawings, blueprints, reports, manuals, correspondence, customer lists, computer equipment, computer programs, and all other materials and all copies thereof relating in any way to the Company's business, or in any way obtained by me during the course of employment. I further agree that I shall not retain copies, notes or abstracts of the foregoing.
  - The Company may notify any future or prospective employer or third party of the existence of this agreement and shall be entitled to full injunctive relief for any breach.

## 15.2 – Security and Proprietary/Sensitive Information

The undersigned associate hereby agrees and acknowledges the following with regard to Security and Proprietary information:

- Associate will keep passwords secure and will not share accounts. Authorized users are responsible for the security of their passwords and accounts. In accordance with Fortegra password policy, associates agree to never disclose their passwords to anyone, particularly to family members if business work is conducted from home.
- Always lock your computer, mobile device or any company issued device before leaving. This will help prevent unauthorized access to the device and company data.

- Use encryption of information in compliance with Information Technologies' Security Policies.
- Protect laptops in accordance with the corporate security standards, including personal firewalls.
- Postings by associates from a Fortegra e-mail address to social media should contain a disclaimer stating that the opinions expressed are strictly their own and not necessarily those of Fortegra, unless posting is in the course of business duties.
- All hosts used by the associate or contractor that are connected to the Fortegra Internet/Intranet/Extranet, whether owned by the associate/contractor or Fortegra, shall be continually executing approved virus-scanning software with a current virus definitions.
- Under no circumstances is an associate or contractor of Fortegra authorized to engage in any activity that is illegal under local, state, federal or international law while utilizing Fortegra-owned resources.
- Sensitive or confidential data is not to be saved or stored by associates or contractors on portable devices or media such as laptops, USB drives or CD ROM for transport offsite.
- Do not plug personally owned phones, external drives or any personally owned devices into company owned computers, servers or network. This will help prevent the introduction of viruses and malware which could compromise company data.
- All company laptops will be encrypted with PGP Whole Disk Encryption.

## 15.3 – Prohibited System and Network Activities

The following activities are strictly prohibited:

Use of Network Resources
Saving personal and unapproved files on home directories and shared drives. Prohibited file types include, but are not limited to:
- Pictures/images
- Music files
- Video files
   Potential malicious file types including executables
The definition of a "Personal File" is any file that is not used for business purposes. IT reserves the right to inquire as to the nature of files that are suspected to be personal. Files determined to be personal could be deleted from the network.

Intellectual Property
- Violations of the rights of any person or company protected by copyright, trade secret, patent or other intellectual property, or similar laws or regulations, including, but not limited to, the installation or distribution of "pirated" or other software products that are not appropriately licensed for use by Fortegra.
- Unauthorized copying of copyrighted material including, but not limited to, digitization

69

and distribution of photographs from magazines, books or other copyrighted sources, copyrighted music, and the installation of any copyrighted software for which Fortegra or the end user does not have an active license is strictly prohibited.

- The use of any recording device such as, but not limited to, digital cameras, video cameras, and cell phone cameras, within the premises of all Fortegra properties.
- Exporting software, technical information, encryption software or technology, in violation of international or regional export control laws, is illegal.  The appropriate management should be consulted prior to the export of any material that is in question.

Malicious Intent
- Introduction of malicious programs into the network or servers (e.g., viruses, malware,, Trojans,  etc.).
- Using a Fortegra computing asset to actively engage in procuring or transmitting material that is in violation of sexual harassment or hostile workplace laws in the user's local jurisdiction.
- Using any program/script/command, or sending messages of any kind, with the intent to interfere with, or disable, a user's terminal or computer session, via any means, locally or via the Internet/Intranet/Extranet.

Network Communications
- Effecting security breaches or disruptions of network communication.  Security breaches include, but are not limited to, accessing data of which the employee is not an intended recipient or logging into a server or account that the employee is not expressly authorized to access, unless these duties are within the scope of regular duties. For purposes of this section, "disruption" includes, but is not limited to, network sniffing, pinged floods, packet spoofing, denial of service, and forged routing information for malicious purposes.
- Port scanning or security scanning is expressly prohibited unless prior permission from IT is granted.
- Executing any form of network monitoring which will intercept data not intended for the employee's host, unless this activity is a part of the employee's normal job/duty.
- Circumventing user authentication or security of any host, network or account.
- Interfering with or denying service to any user other than the employee's host (for example, denial of service attack).
- The use of service accounts for interactive logins to servers or workstations is strictly prohibited.

70

## 15.4  – Remote Access

It is the responsibility of every associate and contractor of Fortegra, with remote access privileges, to ensure that their remote access connection remains as secure as his or her network access within the office.  It is imperative that any remote access connection used to

conduct Fortegra business be utilized appropriately, responsibly, and ethically.  Therefore, the following rules must be observed:

- General access to the Internet by residential remote users through Fortegra network is permitted.  However, both the associate/contractor and his/her family members using the Internet for recreational purposes through company networks are not to violate any of Fortegra Internet acceptable use policies.
- Associates/contractors will use secure remote access(VPN) procedures. This will be enforced using two-factor authentication**.**
- All remote computer equipment and devices used for business interests must display reasonable physical security measures. Computers are required to have antivirus software deemed acceptable by Fortegra IT department, virus definitions must be automatically updated on at least a weekly basis.  Personal desktop firewall must be installed and enabled. **All requirements must be verified by Fortegra IT department prior to installation of VPN client software**
- Remote users using public hotspots for wireless Internet access must employ for their devices a company-approved personal firewall, VPN, and any other security measures deemed necessary by the IT department. VPNs supplied by the wireless service provider should also be used, but only in conjunction with Fortegra additional security measures. Hotspot and remote users must disconnect wireless connections when not in use in order to mitigate attacks by threat actors.
- Any remote connection (i.e. hotspot, hotel Wi-Fi, etc.) that is configured to access Fortegra resources must adhere to the authentication requirements of Fortegra IT department. In addition, all hardware security configurations (personal or company-owned) must be approved by Fortegra IT department.
- Associates, contractors, and temporary staff will make no modifications of any kind to the remote access connection without the express approval of Fortegra IT department. This includes, but is not limited to, split tunneling, dual homing, bridging, non-standard hardware or security configurations, etc.
- Associates, contractors, and temporary staff with remote access privileges must ensure that their computers are not connected to any other network while connected to Fortegra network via remote access, with the obvious exception of Internet  connectivity.
- No associate is to use Internet access through company networks via remote connection for the purpose of illegal transactions, harassment, competitor interests, or obscene behavior, in accordance with other existing associate policies.
- If a personally or company-owned computer, laptop or related equipment used for remote access is damaged, lost, or stolen, the authorized user will be responsible for

notifying their manager and Fortegra IT department immediately.

- The remote access user also agrees to immediately report to their manager and Fortegra IT department any incident or suspected incidents of unauthorized access and/or disclosure of company resources, databases, networks, etc.

- The remote access user also agrees to and accepts that his or her access and/or connection to Fortegra networks may be monitored to record dates, times, duration of access, etc., in order to identify unusual usage patterns or other suspicious activity.  As with in-house computers, this is done in order to identify accounts/computers that may have been compromised by external parties.
- Fortegra will not reimburse associates for business-related remote access connections made on a pre-approved privately-owned ISP service.

## 15.5 – E-mail and Communications Activities

Use of Fortegra electronic mail systems and services are a privilege, not a right, and therefore must be used with respect and in accordance with the goals of Fortegra.
- E-mail accounts will be granted to temporary associates and third-party non-associates on a case-by-case basis.
- E-mail access will be terminated when the associate or third party terminates their association with Fortegra, unless other arrangements are made.
- Fortegra is under no obligation to store or forward the contents of an individual's e-mail account after the term of their employment has ceased.
- E-mail users are responsible for mailbox management, including organization and cleaning. E-mail is not to be used as a file management system. Users should make every effort to remove attachments and delete unneeded messages as soon as possible.
- E-mail users are expected to comply with normal standards of professional and personal courtesy and conduct.

Monitoring and Confidentiality
E-mail messages received by Fortegra e-mail accounts are owned by the company and are therefore its property.  This gives Fortegra the right to monitor any and all e-mail traffic passing through its e-mail system.  All mail is scanned for content and viruses. Managers have the right to request access to their subordinate's e-mail accounts if inappropriate activity is suspected.

If Fortegra discovers or has good reason to suspect activities that do not comply with applicable laws or this policy, e-mail records may be retrieved and used to document the activity in accordance with due process.

Appropriate Use
The following activities are deemed appropriate uses of Fortegra e-mail system:
- Communicating with fellow associates, business partners of Fortegra, and clients for business related purposes.

72

- Acquiring or sharing information necessary or related to the performance of an individual's assigned responsibilities.
- Participating in professional development activities as related to an associate's assigned responsibilities.

Inappropriate Use

The following activities are deemed inappropriate uses of Fortegra e-mail system and are prohibited:

- Use of e-mail for illegal or unlawful purposes, including copyright infringement, obscenity, libel, slander, fraud, defamation, plagiarism, harassment, intimidation, forgery, impersonation, soliciting for illegal pyramid schemes, and computer tampering (e.g. spreading of computer viruses).
- Forwarding of chain-letters, jokes, horoscopes & other forms of group mailings.
- Using e-mail to conduct personal business such as advertising the sale of items, promoting private businesses or business ventures, etc.
- Using non-company e-mail accounts (e.g. Gmail, Hotmail, Yahoo, etc.) to conduct Fortegra business.
- Viewing, copying, altering, or deletion of e-mail accounts or files belonging to Fortegra or another individual without authorized permission.
- Sending of unreasonably large e-mail attachments. The total size of an individual e-mail message sent (including attachment) should be 35 megabytes or less.
- Opening e-mail attachments or clicking on links from unknown sources. Attachments are the primary source of computer viruses and should be treated with utmost caution. Never open e-mail attachments from an unknown or unsolicited source – Report them to IT by clicking the Phish Alert Button(PAB).
- Sending unsolicited mass mailings, non-Fortegra commercial activity, political campaigning and use by non-associates.

Confidentiality and Security

Authorized Users should be aware that e-mail messages and other end user messaging technologies are not secure and can be potentially accessed by others. There is no guarantee of delivery and they may be tampered with by a third party. They may also be intercepted, incorrectly addressed or easily forwarded to third parties. Therefore, associates and contractors are to use the following guidelines:

- Fortegra does not automatically encrypt e-mail. All emails containing non-public information is never to be sent unencrypted through e-mail. Associates, with a valid business justification, should consult with the IT department regarding secure transmission technologies.
- The following types of data should never be included in the body of any unencrypted e-mail or in unencrypted e-mail attachments (this list is not all inclusive):
  - Credit Card Numbers
  - Social Security Numbers

- o Personally Identifiable Information(PII) or health related(HIPAA) information including unencrypted electronic information that includes an individual's first name or initial, and last name, in combination with any one or more of the following:
    - Social Security number (SSN).
    - Drivers license number or State-issued Identification Card number.
    - Financial account number, credit card number, or debit card number in combination with any required security code, access code, or password such as expiration date or mother's maiden name that could permit access to an individual's financial account.
    - Medical information (any information regarding an individual's medical history, mental or physical condition, or medical treatment or diagnosis by a health care professional)
    - Health insurance information (an individual's health insurance policy number or subscriber identification number, any unique identifier used by a health insurer to identify the individual, or any information in an individual's application and claims history, including any appeals records)
- All e-mail messages sent outside of Fortegra become the property of the receiver. Do not communicate anything that you wouldn't feel comfortable being made public. Use particular care when using the "Reply" command during e-mail correspondence.
- Associates should verify that they have selected the intended destination or recipient prior to transmitting an e-mail message.
- Do not share passwords. Do not write the password down.
- Do not leave your e-mail accessible when away from your desk so others can read or send a message from your PC claiming to be you or amend e-mails in your e-mail account. You will be held responsible for all inappropriate e-mail activity from your account.
- Printed e-mail messages should be retrieved as soon as possible to prevent unauthorized individuals from reading messages containing privileged information.
- Do not respond to any e-mail that asks for personal or corporate account information, passwords or similar information. It is likely to be a phishing scam. Immediately report this to IT.

### 15.5.1  Microsoft Teams Instant Messaging Policy

Instant Messaging(IM) Policy applies to Microsoft Teams used within Fortegra and does not supersede any state or federal laws, or any other agency policies regarding confidentiality, information dissemination, or standards of conduct. IM should be used only for legitimate Fortegra business.

This policy is intended to provide employees with effective, consistent Instant Messaging (IM) usage and content standards. This IM policy applies to all Fortegra employees, and the messages

and information created and transmitted via Fortegra IM system.  Currently Fortegra uses Microsoft Teams as its IM platform.

Privacy

Authorized Fortegra network users must bear in mind that, as with e-mail, instant messages can be recorded and stored. Users have no right to privacy with regard to employee IM. Fortegra reserves the right to monitor, access, and disclose employee IM messages.

Recorded IM are the property of the Fortegra. Recorded IM are subject to the requirements of the Florida Public Information Act and the laws applicable to state records retention.

Rules for IM Usage

- The IM system is intended for business use only.
- IM may be used for any routine official business communication that is not normally filed for recordkeeping, such as a communication that is temporarily needed only for an employee to complete an action.
- Do not use IM to conduct any state business that would require the content to be saved as a state record. IM may not be used to document a statutory obligation or agency decision, and IM should not be used when the resulting record would normally be retained for recordkeeping purposes.
- Accessing, viewing, downloading, uploading, forwarding, printing, copying, posting or sharing any racist, sexist, threatening, sexually explicit, obscene or otherwise objectionable material is strictly prohibited.
- Racist, sexist, threatening, or otherwise objectionable language is strictly prohibited.
- The use of a objectionable MS Teams photos is prohibited.14.6 – Internet Usage

Internet Usage

Associates must not use the Internet for purposes that are illegal, unethical, harmful to the company, or nonproductive. Examples of unacceptable use are:

- Browsing for personal or recreational purposes
- Accessing personal e-mail accounts
- Accessing adult rated or pornographic websites
- Online shopping
- Employment search
- File downloads and file sharing on the Internet are not permitted unless specifically authorized by the IT Department.
- All websites visited by any Fortegra employee are filtered for content by an Internet monitoring tool.  Reports of all web activity can be provided to an employee's manager upon request.

Associates and contractors should not use electronic communications for inappropriate jokes, solicitations, chain letters, gossip, for personal information about oneself or others, for forwarding messages under circumstances likely to embarrass the sender or receiver, or Fortegra, or for emotional responses to business correspondence or work situations. Any employee who becomes aware of any kind of misuse of the electronic communications system should promptly contact Human Resources.

All websites visited by any Fortegra employee or contractor are monitored and logged by an Internet monitoring tool. Reports of all web activity can be provided to an associate's manager upon request. Therefore, there should have no reasonable expectation of privacy with respect to communications transmitted by company-owned electronic communications, including internet use and communications.

Accessing social networking or social media sites (including Facebook, Instagram etc.) is prohibited unless a business purpose is provided and approved by senior management. These requests must be documented in the help desk.

All content that is to be posted to public locations such as social media sites must first be reviewed by the Legal department for non-public, confidential, or proprietary data before the content is posted.

The use of AI prompts and LLM technologies must conform to Fortegra's stand-alone LLM policy. Please refer to the Fortegra LLM Policy for more details.

## 15.6 – Clear Desk / Clear Screen Policy

Fortegra has a clear desk policy for papers and removable storage media and a clear screen policy for information processing facilities in order to reduce the risks of unauthorized access, loss of, and damage to information during and outside normal working hours. The policy takes into account the information security classifications, the corresponding risks and cultural aspects of Fortegra.

Information left out on desks is also likely to be damaged or destroyed in a disaster such as a fire, flood or explosion. Where appropriate, paper and computer media will be stored in suitable locked cabinets and/or other forms of security furniture when not in use, especially outside working hours. Sensitive or critical business information will be locked away (ideally in a fire-resistant safe or cabinet) when not required, especially when the office is vacated.

Always lock your computer before walking away to prevent unauthorized access. Personal

computers will automatically lock after 15 minutes of inactivity and require the user to unlock using their network username and password.

Incoming and outgoing mail points and unattended fax machines will be protected. Sensitive or classified information, when printed, will be cleared from printers immediately. Employee further agrees to only print, transmit or store company data only when necessary to complete their required job function.

## 15.7 – Hardware/Software

This section defines the boundaries for the "acceptable use" of Fortegra electronic resources, including software, hardware devices, and network systems. Hardware devices, software programs and network systems purchased and provided by Fortegra are to be used only for creating, researching, and processing company-related materials. By using Fortegra hardware, software and network systems you assume personal responsibility for their appropriate use and agree to comply with this policy and other applicable company policies, as well as city, state, and federal laws and regulations.

### Purchasing

All purchasing of company hardware, software and network equipment shall be centralized within the IT Department to ensure that all corporate standards are met and purchased at the best possible price. The request will be sent to the IT Department in the form of a service request to the help desk. The IT Department will then determine the appropriate solution that best accommodates the desired request. The proposed solution will be sent to the appropriate cost center officer for approval. No software or hardware is to be purchased with a credit card unless it is an emergency. Authorization to purchase hardware or software via credit card will require sign-off by the VP of Information Technology prior to the purchase.

### 15.7.1 - Software

All software acquired for or on behalf of Fortegra or developed by company employees or contract personnel on behalf of Fortegra is and shall be deemed company property. All such software must be used in compliance with applicable licenses, notices, contracts, and agreements.

### Licensing

Each employee is individually responsible for reading, understanding, and following all applicable licenses, notices, contracts and agreements for software that he or she uses or seeks to use on company computers. Unless otherwise provided in the applicable license, notice, contract or agreement, any duplication of copyrighted software, except for backup and archival purposes, may be a violation of federal and state law. In addition to violating such laws, unauthorized duplication of software is a violation of Fortegra Software/Hardware Policy. All purchased software will be placed into a corporate database with assigned users of the license.

Software standards

The following list shows the standard suite of software installed on company computers (excluding test computers) that is fully supported by the IT Department:

- Microsoft Windows Operating System
- Microsoft Office (Outlook, Word, Excel)
- Microsoft Edge
- Google Chrome
- Adobe Acrobat Reader
- Endpoint Protection

Employees needing software other than those programs listed above must request such software from the information technology department.  Each request will be considered on a case-by-case basis in conjunction with the software-purchasing section of this policy.  End users are not authorized to install any software on their PC's.  PC's are audited for unauthorized software by the IT Department on a monthly basis.  Unauthorized software will be removed by the IT Department.  Any software purchased by the company is to be installed by IT staff on equipment owned by the company.  No installation on home computers.  If company owned software is required at home, employees will be issued a laptop for both home and business use.

### 15.7.2 - Hardware

All hardware acquired for or on behalf of Fortegra is and shall be deemed company property.  All such hardware devices must be used in compliance with applicable licenses, notices, contracts and agreements.

Hardware standards

The following list shows the standard hardware configuration for company computers (excluding test computers) that are fully supported by the IT Department:

Desktops
- Desktops will be provided to locations where users work primarily from the office. Configurations will vary depending on the needs of the associate and will be determined by the information technology department.

Laptops
- Laptops will be provided to users  who require the ability to work from home and/or disaster recovery availability. The purchase of a laptop must be approved by an authorized requestor for the associate's department.
- Configurations will vary depending on the needs of the associate and will be determined by the information technology department.

Monitors
- Monitors will be provided for both desktop and laptop systems.

Printers
- Employees will be given access to network laser printers.

Employees needing computer hardware other than what is stated above must request such hardware from the IT Department.  Each request will be considered on a case-by-case basis in conjunction with the hardware-purchasing section of this policy.

<u>Outside equipment</u>
No outside equipment may be plugged into the Fortegra network.

<u>Personal portable devices</u>
Personal portable devices should not be used for company business. This includes Tablets, Thumb Drives, Hard Drives, or other electronic devices. Only company issued portable devices are authorized for business use including the sending/receiving of business e-mail.  Personal phones may be required as a secondary authentication method to access the Fortegra network. This includes but is not limited to SMS pushes, phone based authentication and/or the DUO application.

## 15.8 <u>- Security Awareness Program</u>

Fortegra subscribes to a managed online Information Security Awareness Program developed and maintained by KnowBe4. At time of hire, HR will administer the basic security awareness course to all permanent, temporary and contract employees, which will require acknowledgement of the "Information Security Awareness and Acceptable Use Policy". Policy updates and modifications will be distributed electronically.

<u>Security Updates</u>
All employees will be required to complete additional security courses annually. The basic security awareness course and acceptable use policy will be redistributed annually and require employee acknowledgement.

A monthly security awareness newsletter produced by KnowBe4 will be distributed via e-mail. High priority updates will be distributed on an as-needed basis to inform users of high-profile information security issues as they become available.

<u>Ongoing Availability</u>
An Information Security Awareness page is available on the corporate intranet to make information available to associates at all times.  IT will update the site with general security awareness information along with policies and links to relevant websites.

## 15.9 <u>- Mobile Devices Acceptable Use</u>

While at work, associates are expected to use their personal devices in an ethical manner at all times and exercise the same discretion in using their personal devices as is expected for the use of Company devices. Company policies pertaining to harassment, discrimination, retaliation,

79

trade secrets, confidential information and ethics apply to the use of personal devices for work-related activities.

Excessive personal calls, e-mails or text messaging during the workday, regardless of the device used, can interfere with associate productivity and be distracting to others. Associates must handle personal matters on non-work time and ensure that friends and family members are aware of the policy.  Personal devices shall be turned off or set to silent or vibrate mode during meetings, conferences and in other locations where incoming calls may disrupt normal workflow. Exceptions may be made for emergency situations and as approved in advance by management.

Non-exempt associates may not use their personal devices for work purposes outside of their normal work schedule without authorization in advance from management. This includes but is not limited to reviewing, sending and responding to e-mails or text messages, responding to calls or making calls.

The Company reserves the right to deactivate the Company's applications and access on the associate's personal device during periods of unpaid leave.  Upon resignation or termination of employment, or at any time upon request, the associate may be asked to produce the personal device for inspection. All Company data on personal devices will be removed by IT upon termination of employment.

Associates are expected to follow applicable state or federal laws or regulations regarding the use of electronic devices at all times.  Associates whose job responsibilities include regular or occasional driving are expected to refrain from using their personal devices while driving. Regardless of the circumstances, including slow or stopped traffic, associates are required to pull off to the side of the road and safely stop the vehicle before placing or accepting a call or texting. Special care should be taken in situations where there is traffic, inclement weather or unfamiliar areas.  Associates who are charged with traffic violations resulting from the use of their personal devices while driving will be solely responsible for all liabilities that result from such actions.

Associates are expected to adhere to the Company's acceptable use policy as outlined above. Associates who have not received authorization in writing from management and who have not provided written consent will not be permitted to use personal devices for work purposes. Failure to follow policies and procedures may result in disciplinary action up to and including termination of employment.

While using company issued equipment, be aware of your surroundings to prevent visual hacking, also known as "shoulder surfing" by following these rules:

- Tilt your screen away from the person next to you
- Use a privacy screen if possible
- Create a physical barrier between your screen and those around you
- Don't access company data in crowded airplanes, trains, airports, cafes, hotel lobbies and other public spaces where some can visually steal passwords or confidential data
- Work with your back to a wall to prevent others from getting behind you and looking over your shoulder

## 16 - Vendor and Other Third-Party Access and Security Governance

Access to information technology resources and facilities must not be granted to third parties until appropriate diligence confirms reasonable security controls are in place and effective to protect information technology resources consistent with this Policy and supporting policies. Prior to access to information technology resources, each third party must complete a Vendor Due Diligence Questionnaire or equivalent review of 3rd party audits. Additionally, all third parties must have in place contractual provisions providing information security and confidentiality obligations. The contract must include Legal-approved privacy and security language, specifying the security requirements that the third party must satisfy to protect Fortegra data and information technology resources to which the third party will have access.

Additionally, as reasonable and appropriate, Fortegra will conduct information security assessments on third party vendors that will have access to sensitive data.  Senior IT Management should periodically reassess the third-party vendor's security controls to ensure continuing compliance with this Policy and best practices.

All information exchanged with third-party contractors or systems must be processed, handled, and stored using secure information exchange methods in compliance with applicable laws and regulations.

# Revision Tracking

| Revision Date | Revised By | Description |
|---|---|---|
| 4/22/10 | M. Berry | Added Table of Contents and Revision Tracking Table, changed password policy for Consecta employees |
| 8/31/10 | J.Wells | Added Spool files, Work files, and Reserve policy to Chapter 7 Backup & Retention. |
| May 2011 | HR | Revision of Security Awareness & Acceptable Use Policy and Employee/Contractor Screening by HR |
| 6/13/11 | M. Berry | Updated Security Awareness section to include topics covered. Changed Physical Security section to remove references to "Security Guard" and replace with "receptionist".  Change Windows password "prohibit last used" from 5 to 6. |
| 6/23/11 | A. Varma M. Berry | Revised and updated Section 10 – SDLC to include verbiage required by PCI Standards. |
| 7/15/11 | M. Berry | Updated IRT information. |
| 9/13/11 | M. Berry | Received approved Mobile Device Policy from Jon Baker.  Added as section 14.9. Moved 'Security Awareness Training' to section 14.10 |
| 11/18/11 | M. Berry | Added verbiage to 2.5.4: '*or user accounts of individuals where it has been deemed necessary to extend their active account beyond the 90 day period*' |
| 5/8/12 | S. Lewis | Updated verbiage in 2.2.1 to clarify process and authorization for changes to employee access. |
| 8/1/12 | S. Lewis | • Updated section 11 – Incident Response to be consistent with new Incident Response Plan published 7/30/12.<br>• Added minor verbiage to section 5.2 to clarify that "Systems Change Management Policy" is referring to section 5.9 of the InfoSec Policy and not a separate document. |
| 12/20/12 | S. Lewis | • Updated section 2.4.1 to align IBM i password requirements more closely with Windows password requirements<br>• Updated section 14 with latest version of Information Security Awareness and Acceptable Use Policy provided by HR<br>• Made minor grammatical corrections throughout document |
| 1/31/13 | S. Lewis | Updated section 2.5.4 to state that User IDs will be purged after an additional 275 days of inactivity following the initial 90 day period for accounts being disabled due to inactivity. The disabled/purged schedule was previously 90 days/60 days.  Internal Audit was consulted and has found this change acceptable. |

| Revision Date | Revised By | Description |
|---|---|---|
| 2/25/13 | S. Lewis D. Boyea | Updated section 14.8 and 14.8.1 of the Information Security and Acceptable Use Policy to include additional standards for software and hardware purchases. |
| 4/10/13 | S. Lewis | Updated section 5.3.2 to include A-lign Security and Compliance Services and Ncircle ASV.  Updated section 5.3.3 to include StillSecure IDPS. Updated section 14.5 of the Information Security Awareness and Acceptable Use Policy to include additional guidance on e-mail encryption and types of data that must be encrypted.  Updated section 14.8.2 to specify that only company issued portable devices should be used to conduct company business. |
| 5/3/13 | S. Lewis | Updated: <br>• Section 1.2 to state that one of the Network operations Team's ongoing responsibilities is to maintain a current network diagram that includes all devices in the CDE. <br>• Section 2.4.2 to indicate password resets will be a unique value. <br>• Section 3.1.1 to describe data review/purge process. <br>• Section 4.2 with updated link to *Permitted Network Services and Protocols* for 2013. <br>• Section 8.1.4 to include a description of database key encryption in the LNA SQL Environment / ALIS. <br>• Section 8.1.5 to state that key changes will be performed "At least once within a 36 month period." <br>• Section 9.5.1 to state that wireless network connectivity is allowed through the Aerohive wireless network. <br>Added new section 2.2.4 – Cardholder Data Environment: <br>"All Fortegra Cardholder Data Environments (CDE) are to be separated from the DMZ and less secure or untrusted networks by the Fortigate firewall." |
| 6/13/13 | S. Lewis | • Removed section 5.5.1 as it no longer applies. <br>• Updated verbiage for section 5.5 |
| 10/3/13 | S. Lewis | Updated section 2.4.1 Password Requirements – changed IBM i lockout attempts from 6 to 5 to match the Windows standard.  This was requested by Internal Audit. |
| 4/11/14 | S. Lewis I. Gomez | Section 14.5 subsection *Confidentiality & Security* – updated, as requested by PCI QSA, to include "other end user messaging technologies." Also, changed "…must be issued e-mail encryption software by the IT Department" to "…should consult with the IT department regarding secure transmission technologies." <br>Acceptable Use Policy updates coordinated with HR. |

| Revision Date | Revised By | Description |
|---|---|---|
| 4/14/14 | S. Lewis<br>D. Boyea | Updated and added clarifying verbiage provided by Mark McKenzie:<br>• Section 2.2.5 – added verbiage regarding prohibited sending of CC data via e-mail.<br>• Section 2.2.6 – added verbiage regarding Confidential/Sensitive data (hardcopy and electronic).<br>• Section 2.4 – added verbiage regarding the use of Whisper and Keepass for storing passwords securely.<br>• Section 5.1 – Added subsection 5.1.2.d regarding disabling of USB ports.<br>• Section 5.3.2 – updated verbiage to include Nessus and GFI Languard.<br>• Section 5.3.3 – changed StillSecure to SilverSky.<br>• Section 6.2.1 – updated verbiage about virus scanning<br>• Section 14.2 – added bullet point that all company laptops will be PGP encrypted.<br>• Section 14.5.1 – Added new 14.5.1 subsection regarding Lync Instant Messaging Policy.<br>• Section 14.6 – Updated verbiage regarding Internet monitoring tool.<br>Acceptable Use Policy (Section 14) updates coordinated with HR. |
| 4/16/14 | S. Lewis<br>M. McKenzie | Updates:<br>• Section 1.4 – added responsibility for IT Security Manager to maintain a list of current PCI compliant vendors and to review their PCI status annually pursuant to the Vendor Management SOP.<br>• Section 6.2.2 Logging – updated text to reflect actual procedure. "Antivirus Logs will be retained for at least one year, with a minimum of three months immediately available for analysis."<br>• Section 9.5.4 Approved Locations – new subsection added. |
| 4/22/14 | S. Lewis<br>M. Roten | Updates:<br>• Section 10.3 Development – included verbiage describing the requirements that need to be met for PCI compliance.<br>• Section 10.4.1 Testing – added verbiage pertaining to regression tests.<br>• Section 10.5 Implementation – Inserted text regarding rollback (back-out) procedures. |
| 5/1/14 | S. Lewis<br>M. McKenzie | Updates:<br>• Section 5.6 – Network Time Protocol (NTPD)<br>• Added new section 2.2.4b – CDE Logging. |
| 5/9/14 | S. Lewis<br>M. McCartney | Major enhancement to Section 2.1 regarding Data Classifications in response to Internal Audit finding. |

| Revision Date | Revised By | Description |
|---|---|---|
| 7/9/14 | M. McKenzie | • Added new subsections 10.6.3 and 10.6.4.<br>• Modified subsection 13.1.4 to include additional verbiage regarding visitor badging and escort responsibilities. |
| 12/2/14 | N. Clifford | • Added new sections 9.9 and 14.10<br>• Mobile Device Management verbiage is now detailed in these specific sections |
| 5/11/15 | N. Clifford | • Updated verbiage in section 10.6 to reference correct policy numbers |
| 9/14/15 | N. Clifford | • Updated Section 9.9 – Mobile Device Management password policy |
| 11/18/15 | N. Clifford | • Updated Section 14.6 – Acceptable Use policy requires management approval for use of social media sites on company computers.<br>• Updated Section 14.6 – Acceptable Use policy requires that official social media & blog postings go through legal for review |
| 3/14/16 | N. Clifford | • Changed references to "Fortegra Financial" to "Fortegra" |
| 5/16/16 | N. Clifford | • Updated subsections 10.6.3 & 10.6.4 |
| 4/14/17 | N. Clifford | • Reviewed document to ensure compliance with PCI Standards |
| 5/31/17 | S.Ringle | • Updated 13.3.2 regarding visitor access badges |
| 10/31/17 | S.Ringle | Updated the following sections:<br>• Section 2.5.6 – Further defined the use of elevated accounts<br>• Section 14.2 – Policy to lock computer when away from computer<br>• Section 14.2 – Policy to further restrict personal devices<br>• Section 14.7 – Policy regarding locking of company owned devices<br>• Section 14.7 – Policy to further restrict what can be printed and transmitted<br>• Section 14.10 – Included awareness on visual hacking |
| 04/16/18 | C. Brookshire | Section 13.1.4 – Added "The receptionist must review a government issued photo ID for all visitors upon entry to verify their identity." |
| 09/28/18 | S.Ringle | Annual policy review<br>• Section 5.3.2 – updated verbiage to include Nexpose |
| 1/4/19 | S.Ringle | Updated the following sections:<br>• 2.4.1- IBM i password policy<br>• 13.1.2- Review of physical access<br>• 14.3-Added restrictions on service accounts<br>• 14.5.1-Updated Lync reference to Skype for Business |
| 11/22/19 | S.Ringle | Updated the following sections:<br>• 2.4.4 – Updated acceptable utilities for password management<br>• 5.6.a – Corrected host name of NTPD server |

| | | |
|---|---|---|
| | | • 7.1.1 – Corrected IBM i partitions listed for backup scheduling based on the hardware that was replaced in October 2019.<br>• 9.2 & 14.4 – Correction to name of software used for MFA<br>• 10.6.4 – Changed Bsafe to Enforsive<br>• 13.1.2 – Change Peak 10 to Flexential<br>• 14.5.1 – Added MS Teams to IM standard<br>• 14.8 – Changed approver of emergency equipment purchases on corporate credit card to VP IT from any/all Exec VP. |
| 3/25/20 | S.Ringle | • Annual review of the policy. No changes. |
| 4/27/21 | S.Ringle | • Annual review. No changes at this time. |
| 12/29/21 | S.Ringle | • Updates to section 10 to include the new Veracode application scanning into the SDLC<br>• Updated endpoint protection references from Symantec to FortiEDR throughout the document<br>• 5.7 – Update to Splunk from AlienVault<br>• 13.2.6 – Change to Certero for asset management |
| 2/10/2022 | S.Ringle, L.Walls | • Section 1 – Updated roles and responsibilities<br><br>• Section 5.5 – Updated special authority roles<br><br>• Section 7 – Update servers/partitions backed up. Updated procedures and backup frequency.<br><br>• Section 8 – Updated encryption technology requirements and Vendor product names.<br><br>• Section 9.6 – Updated remote users inactive period from 60 to 90 days.<br><br>• Section 14: Updated AUP to include personal devices for authenticating MFA. Updated wording to make policy more inclusive to contractors. Updated wording to reflect changes in technology. |
| 4/1/2024 | S.Ringle, Tiptree | • Annual review of the policies which included removal of certain specific technologies to make the policies more applicable to subsidiaries that are adopting them.<br>New Sections Added:<br>• Section 1.1 – Board of Directors<br>• Section 1.2 – CISO Responsibilities<br>• Section 2 – Risk Assessment<br>• Section 16 - Vendor and Other Third-Party Access and Security Governance |