# EXHIBIT D

**REPRESENTATIVE FORTEGRA TRADE SECRETS MISAPPROPRIATED AND
USED BY VAAG IN FURTHERANCE OF PINION'S U.S. MARKET ENTRY**

| Date | File / Email Name | General Description of Contents | Relevance to Misappropriation and Competitive Harm |
|---|---|---|---|
| June 13, 2025 | Questions USA launch operations and UW_06 13 2025.docx | Detailed planning document outlining regulatory strategy, licensing, staffing, underwriting, claims, and data/analytics requirements for launching a U.S. insurance platform. | Demonstrates Vaag actively designing a competing insurer while employed and using Fortegra-derived knowledge to create a launch-ready blueprint for Pinion's U.S. operations. |
| June 24, 2025 | New Business DD & Onboarding Process.pdf | Internal process document outlining Fortegra's workflow for evaluating, approving, and onboarding new insurance programs | Provides a step-by-step blueprint for replicating Fortegra's underwriting intake and diligence framework |
| June 24, 2025 | US Specialty Due Diligence Checklist.xlsx | Detailed diligence checklist used to evaluate MGA opportunities and insurance programs | Enables a competitor to mirror Fortegra's proprietary diligence criteria and risk selection methodology |
| June 24, 2025 | Insurance – Program Management Overview.pptx | Overview of how Fortegra manages insurance programs post-bind, including oversight and performance tracking | Reveals operational infrastructure for program management and ongoing profitability control |
| June 24, 2025 | Departmental Processes_YE 2024.pptx | Internal summary of departmental workflows and responsibilities across Fortegra's insurance operations | Discloses organizational structure and internal execution strategy |

## REPRESENTATIVE FORTEGRA TRADE SECRETS MISAPPROPRIATED AND USED BY VAAG IN FURTHERANCE OF PINION'S U.S. MARKET ENTRY

| Date | File / Email Name | General Description of Contents | Relevance to Misappropriation and Competitive Harm |
|---|---|---|---|
| June 24, 2025 | Departmental Information Flow.pdf | Diagram and explanation of how information flows across underwriting, actuarial, and claims functions | Provides a structural roadmap of Fortegra's internal decision-making and data integration processes |
| July 1, 2025 | FW: Specialty Premium and Claims Monthly Files – Loading Process and Automation Feasibility | Data-mapping matrix identifying required data fields and structures across statutory, actuarial, claims, and underwriting reporting systems, including admitted/non-admitted and historical datasets. | Reveals Fortegra's underlying data architecture and reporting framework, enabling a competitor to replicate core data systems and analytics without independent development. |
| July 3, 2025 | US Data Requirements – JV Edits.xlsb | Spreadsheet outlining data requirements and reporting inputs for a U.S. insurance platform, including underwriting, claims, actuarial, and financial reporting fields, with iterative "JV Edits" reflecting Vaag's input. | Provides a blueprint for building the data infrastructure of a U.S. insurer, allowing a competitor to replicate core systems and reporting capabilities without independent development. |
| July 23, 2025 | BCAR Spreadsheets (2026–2031) | Multi-year capital adequacy and financial modeling tied to rating agency (AM Best) requirements | Critical to launching an insurer; allows Pinion to shortcut development of rating agency submission models |
| July 24, 2025 | Chief Claims Officer Job Description (Pinion) | Draft job description for senior claims leadership role at Pinion Insurance | Demonstrates active participation in building a competing enterprise while still employed |

**REPRESENTATIVE FORTEGRA TRADE SECRETS MISAPPROPRIATED AND
USED BY VAAG IN FURTHERANCE OF PINION'S U.S. MARKET ENTRY**

| Date | File / Email Name | General Description of Contents | Relevance to Misappropriation and Competitive Harm |
|---|---|---|---|
| July 25, 2025 | Financial model USA_05 21 2025.xlsb | Comprehensive financial model for Pinion's U.S. operations, including projections and staffing | Reflects use of Fortegra-derived assumptions to construct a competing business model |
| July 2025 (email) | Emails with Baird re: Teams meetings and coordination | Communications coordinating meetings and collaboration with Pinion leadership | Confirms active coordination with competitor during employment and contemporaneous with data transfers |
| August 20, 2025 | US Due Diligence of New Opportunities.pptx | Presentation concerning evaluation of U.S. insurance opportunities | Supports inference that Fortegra's diligence frameworks were being repurposed for Pinion's U.S. launch |
| August 30, 2025 | Clover – Line size grid.xlsb | Spreadsheet setting underwriting line sizes for Pinion's U.S. business (Project Clover) | Direct evidence of Vaag preparing underwriting parameters for Pinion using Fortegra knowledge |
| August 30, 2025 (email) | Email attaching "Line size grid" | Email stating: "my suggested line size guides for Pinion in US (Clover…)" | Express admission of assisting competitor's underwriting strategy while still employed |
| September 4, 2025 | Accelerant CORE QS 2023 Slip – FULLY EXECUTED.pdf | Executed quota share reinsurance agreement | Discloses proprietary reinsurance structure, pricing, and counterparties |

**REPRESENTATIVE FORTEGRA TRADE SECRETS MISAPPROPRIATED AND
USED BY VAAG IN FURTHERANCE OF PINION'S U.S. MARKET ENTRY**

| Date | File / Email Name | General Description of Contents | Relevance to Misappropriation and Competitive Harm |
|---|---|---|---|
| September 4, 2025 | Accelerant Inuring Reinsurance 2023.pdf | Supporting reinsurance layering and structure documentation | Reveals how Fortegra structures risk transfer and capital protection |
| September 4, 2025 | Accelerant Full Deck 2023 Renewal Submission.pdf | Full underwriting and actuarial submission to reinsurers | Provides comprehensive insight into Fortegra's risk profile and presentation strategy |
| September 4, 2025 | Accelerant 2023 Submission – Actuarial Supplement.xlsb | Actuarial data supporting reinsurance placement | Discloses loss development, pricing assumptions, and actuarial methodologies |
| October 14, 2025 | Loss ratio and commission terms update_131025.xlsx | Spreadsheet reflecting loss ratios and commission structures, including "Pinion Plan" column | Evidence of incorporating Fortegra performance data into Pinion's pricing and compensation strategy |
| October 26, 2025 | Specialty Loss Ratio Summary by Program 202509.xlsb | Program-level performance data including loss ratios and underwriting results | Provides competitor with granular insight into profitable and underperforming programs |
| October 26, 2025 | Additional program performance file (related dataset) | Supplementary data reflecting underwriting and financial performance metrics | Enhances competitor's ability to target Fortegra's business segments |

## REPRESENTATIVE FORTEGRA TRADE SECRETS MISAPPROPRIATED AND USED BY VAAG IN FURTHERANCE OF PINION'S U.S. MARKET ENTRY

| Date | File / Email Name | General Description of Contents | Relevance to Misappropriation and Competitive Harm |
|---|---|---|---|
| December 15, 2025 | Specialty Loss Ratio Summary by Program 2025 10_Range Valued.xlsb | Updated loss and performance data including ALAE and profitability metrics | Provides current intelligence on Fortegra's book, enabling real-time competitive targeting |
| January 4, 2026 | Dove JAX Presentation (June 2025).pdf | Presentation related to DB Insurance acquisition of Fortegra | Discloses highly confidential strategic transaction information |
| January 4, 2026 | Dove Jacksonville Meeting Agenda_v5.31_(12.30).pdf | Internal agenda for acquisition-related meetings | Reflects strategic priorities and internal planning discussions |
| January 4, 2026 | Project Eagle – Dove Questions.pdf | Internal diligence questions tied to acquisition process | Reveals sensitive financial and operational considerations |
| January 21, 2026 | Fortegra Specialty Due Diligence Checklist – 8.21.2023.xlsx | Detailed diligence tool used to evaluate MGA programs | Reinforces pattern of extracting core underwriting and diligence frameworks |