# EXHIBIT E

**PROJECT EAGLE
CONFIDENTIALITY POLICY
AND
SECURITY PROCEDURES
(the "Policy")**

Kindly return an executed copy of this Policy to acknowledge that you will comply with The Fortegra Group's ("Fortegra") confidentiality policy and procedures, in particular as it relates to Project Eagle.

We must keep all non-public information about Project Eagle in the strictest confidence at all times. The disclosure of the existence and nature of Project Eagle could be highly disruptive to our organization. For that reason, you must follow these security procedures:

Rick Kahlbaugh, Ed Peña, or John Short must personally approve in advance each individual who is to be disclosed about the project.

**Do not discuss the existence or nature of the project with anyone at all (including colleagues and family), except those persons who have been <u>specifically identified to you</u> as authorized to receive information regarding the project.**

**NOTE:** Many individuals involved in Project Eagle are disclosed information only on a limited basis ("Limited Disclosure Group"). As the project continues you will receive regular updates of the names of individuals who are included in the Limited Disclosure Group.

**Do not provide any information about Project Eagle to individuals or third parties in the Limited Disclosure Group unless you have specific instructions to do so from Rick, Ed, or John.**

- Limited Disclosure Group individuals generally have only minor involvement in the project. They do not have access to most confidential project information – including the names of external participants, project code names or project objectives.
- Do not assume any Limited Disclosure Group individual has the same information about Project Eagle as you do, or the same information as other disclosed individuals.
- Do not include individuals from the Limited Disclosure Group on any distribution lists, e-mail groups or copy them on correspondence that could result in inadvertent disclosure of sensitive information.

**You may advise your agents, attorneys, accountants, advisors, or representatives ("Representatives") only that you are working on a special, confidential project, but you must not disclose the nature of the project or other information about the**

**project unless you have approval in advance from Rick, Ed, or John.**

**You must caution your Representatives to keep the existence of the project, names of external participants, and all other information about the project and your activities strictly confidential.**

**Do not discuss the project openly.**

- Avoid using company names or discussing external participants whose names might be recognizable.
- The project should be discussed behind closed doors or otherwise outside of the hearing of non-disclosed persons.
- Be cautious when using speaker phones that may be overheard by others.
- Conference bridge lines for this project must require an access code.
- If you or another party must use a cellular phone when discussing the project, be mindful that cellular calls can be intercepted.

**Do not leave documents or information about this project where they may be accessible to unauthorized persons.**

**Use care in e-mail, instant messages and voice mail communications.**

- Avoid e-mail, IM and voice mail.
- Purge your e-mail messages folders of old messages weekly.

**Report any unauthorized disclosures to Rick, Ed, or John immediately, regardless of whether the disclosure is intentional or unintentional.**

**You acknowledge and agree that monetary damages might not be a sufficient remedy for any breach or threatened breach of this Policy by you or your Representatives. Therefore, in addition to all other remedies available at law, Fortegra will be entitled to seek specific performance and injunctive and other equitable relief as a remedy for any such breach or threatened breach if this Policy by of your Representatives.**

**By signing below,  I acknowledge that I have read and agree to this Policy:**

By:  _____

Name: Joel Vaag

Date: November 18, 2024