**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

THE FORTEGRA GROUP, INC.,
AND LOTSOLUTIONS INC.,

      Plaintiffs,

v.

PINION RISK CONSULTING
LIMITED, PINION US SERVICES
LLC, PINION US HOLDINGS LLC,
JOEL VAAG, KYLE SELVIG AND
LAURA BAIRD,

      Defendants.

Case No. 3:26-cv-878-JEP-LLL

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

Michael E. Lockamy of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., hereby gives notice to the Court, and to all parties, that he is appearing as counsel for Defendant Joel Vaag in the above-captioned matter and, pursuant to Local Rule 2.02(a), gives notice that he will serve as lead counsel in the matter. Please serve all notices, pleadings, motions, correspondence, and other papers generated in this action on him at the address below.

The undersigned certifies that he is admitted to practice in the United States District Court for the Middle District of Florida.

Dated: April 21, 2026.

BEDELL, DITTMAR, DEVAULT, PILLANS & COXE
Professional Association


By:    s/Michael E. Lockamy
       Michael E. Lockamy (Lead Counsel)
       Florida Bar No. 69626
       mel@bedellfirm.com
       William S. Weber
       Florida Bar No. 1032238
       wsw@bedellfirm.com
       101 East Adams Street
       Jacksonville, FL 32202
       Telephone: (904)353-0211
       Facsimile: (904) 353-9307

*Attorneys for Defendant Joel Vaag*

2